# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ERICH SPECHT V GOOGLE, INC.

09CV2572
JUDGE LEINENWEBER
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFFS

FILED
APR 2 8 2009  NF
Apr 28 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | MARTIN J MURPHY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ |
| FIRM | LAW OFFICE OF MARTIN J MURPHY |
| STREET ADDRESS | 2811 RFD |
| CITY/STATE/ZIP | LONG GROVE, IL 60047 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | |
| TELEPHONE NUMBER | 312-933-3200 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ✓ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ✓ NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ✓ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐