IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED 5-4-2009
MAY - 4 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

M H N

| | |
|---|---|
| ERICH SPECHT, et al | ) |
| Plaintiffs | ) |
| v. | ) Case Number: 09 CV 2572 |
| Google, Inc. Et al | ) Judge: Leinenweber |
| Defendants | ) |

## NOTICE OF MOTION

TO:   _See attached service list___

**PLEASE TAKE NOTICE** that on _May 7, 2009_____ **at _9:30 a.m.__**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge _Leinenweber_____ or any judge sitting in his or her stead in **Courtroom ___1941____** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

### CERTIFICATE OF SERVICE

I hereby certify that on _May 4, 2009_____, I provided service to the person or persons listed above by the following means: Federal Express Overnight Delivery to the addresses listed on the attached service list.

Signature: _____   Date: __May 4, 2009__
Martin J Murphy
Attorney for Plaintiff
2811 RFD
Long Grove, IL 60047
312-933-3200

**SERVICE LIST**

Law Department
T-Mobile International AG
12920 SE 38th Street
Bellevue, WA 98006

Law Department
HTC Corporation
13920 SE Eastgate Way
Suite 400
Bellevue, WA 98005

Law Department
Motorola, Inc.
1303 E AlgonQuin Road
Schaumburg, IL 60196

Law Department
Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Law Department
Qualcomm Inc.
5775 MOREHOUSE DRIVE
SAN DIEGO, CA 92121