# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 09 CV 2572
ERICH SPECHT, et al.
Plaintiff,
v.
GOOGLE, INC., et al.
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GOOGLE, INC.

| NAME (Type or print) |  |
|---|---|
| Herbert H. Finn |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Herbert H. Finn | |
| FIRM | |
| Greenberg Traurig, LLP | |
| STREET ADDRESS | |
| 77 W. Wacker Drive, Suite 3100 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6205685 | 312-456-8427 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |