MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, an individual, and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED, Illinois corporations<br><br>                    Plaintiffs<br><br>v.<br><br>GOOGLE INC., a Delaware corporation, OPEN HANDSET ALLIANCE, China Mobile Communications Corporation, KDDI CORPORATION, NTT DoCoMo, Inc. SOFTBANK MOBILE Corp., Sprint Nextel, T-Mobile, Telecom Italia, Telefónica, Vodafone, AKM Semiconductor, Audience, ARM, Atheros Communications, Broadcom Corporation, Ericsson, Intel Corporation, Marvell Semiconductor, Inc., NVIDIA Corporation, Qualcomm Inc., SiRF Technology Holdings, Inc., Synaptics, Inc., Texas Instruments Incorporated, ASUSTeK Computer Inc., HTC Corporation, Huawei Technologies, LG Electronics, Inc., Motorola, Inc., Samsung Electronics, Sony Ericsson, Toshiba Corporation, Ascender Corp., eBay Inc., LivingImage LTD., Myriad, Nuance Communications, Inc., OMRON SOFTWARE Co, Ltd., PacketVideo (PV), SkyPop, SONiVOX, Aplix Corporation, Borqs, Noser Engineering Inc., TAT - The Astonishing Tribe AB, Teleca AB, Wind River, and Garmin International, Inc.<br><br>                    Defendants | NO.  09 CV 2572<br><br>JUDGE LEINENWEBER<br><br>MAGISTRATE JUDGE COLE<br><br>**FILED**<br><br>MAY 0 7 2009  TC<br>5-7-2009<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>Date of Filing:<br>April 28, 2008 |

NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS
PURSUANT TO LR3.4

-1-

PLAINTIFF'S ADDRESS:   ALL Plaintiffs are located at 114 N ASHLAND, PALATINE, IL 60074

DEFENDANTS ADDRESS: Defendants addresses are as set forth on the attached list.

Registration numbers:

| | | |
|---|---|---|
| | Plaintiff | Erich Specht, Android Data Corporation, and The Android's Dungeon, Inc. |
| | Mark: | Android Data |
| | Reg No.: | 2639556 |
| | Defendant: | Google, Inc. |
| | Mark | Android |
| | Ser No.: | 77318565 |

Respectfully submitted by:

Martin J. Murphy
2811 RFD
Long Grove, IL 60047
(312) 933-3200

*Defendants*

# SERVICE LIST

China Mobile Limited
LIDAN LIU
via email to
ir@chinamobilehk.com

T-Mobile International AG
12920 SE 38th Street
Bellevue, WA 98006

Telecom Italia S.p.A -
745 5th Ave.
27th Floor
New York, NY 10151

KDDI CORPORATION
1064 North Tower Lane
Bensenville, IL 60106

NTT DoCoMo, Inc.
C/o Masaki Yohkawa
11 Rosehill Road
Briarcliff Manor, NY 10510

ASUSTek Computer Inc
800 Corporate Way
Fremont, CA 94539

SOFTBANK CORP.
10 Langley Rd.
Suite 403
Newton Center, MA 02459

Garmin International, Inc.
C/o Min Kao
1200 E 15st St
Olathe, KS 66062

Sprint Nextel
6500 Sprint Parkway SASTX
Overland Park, KS 66251

HTC Corporation
13920 SE Eastgate Way
Suite 400
Bellevue, WA 98005

Telefonica
1111 Brickell Ave.
10th Floor
Miami, FL 33131

Huawei Technologies
1700 Alma Dr.
Suite 100
Plano, TX 75075

LG Electronics, Inc.
1000 Sylvan Ave
Englewood Cliffs, NJ 07632

Vodafone
c/o Peter Suh
2999 Oak Road
Walnut Creek, CA 94597

Toshiba Corporation
9740 Irvine Blvd.
Irvine, CA 92718-1697

Motorola, Inc.
1303 E AlgonQuin Road
Schaumburg, IL 60196

AKM Semiconductor Inc.
2001 Gateway Place Suite 650
West
San Jose, CA 95110

Samsung Electronics
106 Challenger Rd
Ridgefield Park, NJ 07660

Sony Ericsson
7001 Development Dr.
Research Triangle Park, NC 27709

Audience
440 Clyde Avenue
Mountain View, CA USA 94043

Ascender Corp.
25 NW Point Blvd #975
Elkgrove Village, 60007

ARM
150 Rose Orchard Way
San Jose, CA 95134-1358

Atheros Communications
5480 Great America Parkway
Santa Clara, CA 95054

Ebay Inc.
2145 Hamilton Ave
San Jose, CA 95125

Broadcom Corporation
5300 California Avenue
Irvine, CA 92617

Google Inc.
C/o Eric Schmidt
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Livingimage LTD.
SEIICHIRO WATANABE
1962 KIRBY WAY
SAN JOSE, CA 95124

Ericsson
6300 Legacy Drive
Plano, TX 75024

Intel Corporation
2200 Mission College Blvd
Santa Clara, CA 95052

Myriad
8700 West Bryn Mawr Ave.
Suite 800 South
Chicago, IL 60631

NVIDIA Corporation
DAVID M. SHANNON
2701 SAN TOMAS
EXPRESSWAY, ATTN:
LEGAL
SAN TOMAS, CA 95050

Nuance Communications inc.
1 Wayside Rd.
Burlington, MA 01803

Qualcomm Inc.
32. Omron software co. Ltd.
1920 N. Thoreau Dr.
Suite 165
Schaumburg, IL 60173

SiRF Technology holdings,
Inc.
217 Devcon Drive
San Jose, CA 95112

PacketVideo (PV)
10350 Science Center Drive,
Suite 210
San Diego, CA 92121

Synaptics, Inc.
3120 Scott Blvd.
Santa Clara, CA 95054

Sky Pop
1280 Villa Street,
Mountain View, CA 94041

Marvell Semiconductor, Inc.
5488 Marvel Lane,
Santa Clara, CA 95054

Texas Instruments
Incorporated
12500 TI Blvd
PO Box 660199
Dallas, TX 75266

Teleca AB
420 Stevens Ave.
Suite 320
Solana Beach, CA 92075

SONIVOX
561 Windsor Street Suite A
402
Somerville, MA 02143

Aplix Corporation
650 Townsend St.
Suite 355
San Francisco, CA 94103

Wind River
500 Wind River Way
Almeda, CA 94501

Borqs
Postcode:100195
Building 27
3 Minzhuang Road,
Haidian District, Beijing
100089, China

Noser Engineering Inc.
Via email to
geri.moll@noser.com

TAT - The Astonishing Tribe
AB
1319 Stratford Ct
Del Mar, CA 92014