Specht et al v. Google Inc et al



Dec. 12

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2572 | **DATE** | 5/7/2009 |
| **CASE TITLE** | Erich Specht, et al vs. Google, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is continued to 5/21/2009 at 9:00 a.m. Kenneth Robblee Proposed Motion to Intervene as an additional Plaintiff and Motion for Joinder is denied.

Docketing to mail notices.

00:15



Courtroom Deputy Initials: WAP

09C2572 Erich Specht, et al vs. Google, Inc., et al

Page 1 of 1

dockets.Justia.com