## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 09CV2572          Assigned/Issued By: J. N.

Judge Name: _____          Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☒ No Fee    ☐ Other _____

☒ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets          ☐ Other

☐ Writ _____            _____
       *(Type of Writ)*                _____
                                       *(Type of issuance)*

_3_ Original and _0_ copies on _5-28-09_ as to _LIVING IMAGE LTD.;_
                                *(Date)*
NOSER ENGINEERING AG; NTT DOCOMO INC.