# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, an individual, and )<br>doing business as )<br>ANDROID DATA CORPORATION, and )<br>THE ANDROID'S DUNGEON INCORPORATED, )<br> Illinois corporations )<br>             Plaintiffs )<br> )<br>              v. )<br> )<br>GOOGLE INC., a Delaware corporation, )<br>OPEN HANDSET ALLIANCE, )<br>China Mobile Communications Corporation, )<br>KDDI CORPORATION,  NTT DoCoMo, Inc. )<br>SOFTBANK MOBILE Corp., Sprint Nextel, )<br>T-Mobile, Telecom Italia, Telefónica, Vodafone, )<br>AKM Semiconductor, Audience, ARM, )<br>Atheros Communications, Broadcom Corporation, )<br>Ericsson, Intel Corporation,  Marvell Semiconductor, Inc., )<br>NVIDIA Corporation, Qualcomm Inc., )<br>SiRF Technology Holdings, Inc., Synaptics, Inc., )<br>Texas Instruments Incorporated, )<br>ASUSTeK Computer Inc., HTC Corporation, )<br>Huawei Technologies, LG Electronics, Inc., )<br>Motorola, Inc.,  Samsung Electronics, Sony Ericsson, )<br>Toshiba Corporation, Ascender Corp., )<br>eBay Inc., LivingImage LTD., )<br>Myriad, Nuance Communications, Inc., )<br>OMRON SOFTWARE Co, Ltd.,  PacketVideo (PV), )<br>SkyPop, SONiVOX,  Aplix Corporation, )<br>Borqs, Noser Engineering Inc., )<br>TAT - The Astonishing Tribe AB, Teleca AB, )<br>Wind River, and Garmin International, Inc. )<br> )<br>             Defendants ) | NO.  09 CV 2572<br><br>JUDGE LEINENWEBER<br><br>MAGISTRATE JUDGE COLE |

**PLAINTIFFS' MOTION  FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT**

-1-

NOW COME your plaintiffs, Erich Specht, Android Data Corporation and the Android's Dungeon incorporated and in support of their motion for leave to file their first amended complaint states:

1. Plaintiffs filed their original complaint on April 28, 2009.

2. On April 29, 2009, plaintiffs attempted to provide each of the defendants with notice of the lawsuit, a copy of the complaint, and a waiver request via express delivery. To date approximately ten executed waivers have been received and filed with the Court. None of the defendants answers are due any sooner than June 29, 2009.

3. Plaintiff is seeking to amend the complaint to add four defendants, namely Android, Inc., a Delaware corporation, and its' three founders, and Google employees, Andy Rubin, Nick Sears, and Rich Minor. Plaintiff is also seeking to correct some of the defendants names.

**WHEREFORE**, plaintiffs move this Honorable Court for leave to file their First Amended Complaint, instanter.

> RESPECTFULLY SUBMITTED,
> Erich Specht, Android Data Corporation, and The Android's Dungeon Incorporated
>
> By: /s/ Martin J,. Murphy
>
> Their Attorney

Martin J Murphy
2811 RFD
Long Grove, IL 60047
312-933-3200
Fax 773-338-9913
email: martym@villageinvestments.com