## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Specht et al<br>　　　　Plaintiffs<br>v.<br>Google et al.<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 9 CV 2572<br><br>Judge: Leinenweber |

### NOTICE OF MOTION

**TO:**   _Herbert Finn_____

　　　　_Greenberg Traurig LLP_____

　　　　_77 W. Wacker Drive #2500, Chicago, IL 60601_____

**PLEASE TAKE NOTICE** that on _**June 4, 2009**_____ at _**9:30 a.m.**____**,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Leinenweber ___ or any judge sitting in his or her stead in **Courtroom __1941____** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

### CERTIFICATE OF SERVICE

I hereby certify that on __June 1, 2009_____, I  provided service to the person or persons listed above by the following means: _email to FinnH@GTLAW.com  and via First Class mail _____

Signature: _/s/ Martin J. Murphy_____      Date: __June 1, 2009_____

Martin J. Murphy, Attorney for Plaintiffs

2811 RFD

Long Grove, IL 60047

(312) 933-3200