# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Erich Specht, et al.

                    Plaintiff,

v.                                       Case No.: 1:09–cv–02572
                                                        Honorable Harry D. Leinenweber

Google Inc, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2009:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held and continued to 7/22/2009 at 9:00 a.m. Plaintiffs' Motion for leave to file first amended complaint is granted. Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction is withdrawn. Hearing stricken. Under the conditions set forth in open court, plaintiff and defendant Google allowed to conduct limited discovery.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.