## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____     Assigned/Issued By: _____

Judge Name: _____     Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

                                                  (Victim, Against and $ Amount)

☐ Citation to Discover Assets

                                         ☐ Other

☐ Writ _____

     (Type of Writ)     _____

                                                 (Type of issuance)

_____ Original and _____ copies on _____ as to _____
                                                       (Date)

_____

_____

Dockets.Justia.com