# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691548 | Date: | 6/12/2009 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Customer | Law Office of martin Murphy | Attorney | Martin j Murphy |
| Customer No. | 0062242 | Attorney e-mail | martym@villageinvestments.com |
| Address | 2811 RFD | Contact | Martin j Murphy |
| | Long Grove, IL  60047 | Contact e-mail | martym@villageinvestments.com |
| | | Contact Phone | 312-933-3200 |
| | | Contact Fax | 773-338-9913 |
| | | Law Firm File Number | none |

**Case Information:**

| | |
|---|---|
| Case Number | 09 CV 2572 |
| County | |
| Court | United States District Court for the Northern District of Illino |
| Case Short Title | Erich Specht et al vs. Google, Inc. et al |

| Documents Received: | No. Docs: 2  No. Pgs: 80 |
|---|---|

Summons, First Amended Complaint

| Party to Serve: Qualcomm Incorporated | Service address: 2730 Gateway Oaks Dr  Sacramento, CA  95833 |
|---|---|

**This is a Confirmation Only.  Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 29.00 |
| | Check No. | Total: 29.00 |

Attached is your Affidavit of Service.  The original will be mailed.  If you have any questions, please contact:
Sacramento Branch, Ph: 916-446-7666, Fx: 916-446-2111
Thank you for choosing One Legal for your process serving needs.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Martin j Murphy, 6195726<br>Law Office of martin Murphy<br>2811 RFD<br>Long Grove, IL 60047 | (312) 933-3200 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Illino
, IL

**PLAINTIFF:** Erich Specht et al

**DEFENDANT:** Google, Inc. et al

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>09 CV 2572 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, First Amended Complaint

**BY FAX**

2. Party Served: Qualcomm Incorporated

3. Person Served: CSC - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: 6/12/2009    1:45 PM

5. Address, City and State: 2730 Gateway Oaks Dr
Sacramento, CA  95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 29.00

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/12/2009 at Sacramento, California.

Signature: *[signed]*
Tyler Dimaria

OL# 6691548