AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06-15-09 |
| NAME OF SERVER (PRINT) Patrick Flavin | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: IAT The Astoning Tribe AB
National Registered Agents 200 W Adams St, Chicago IL 60606

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. 11:25 a.s. 06-15-09
Name of person with whom the summons and complaint were left: Courtney Hightower
Processer rep.

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06-15-09
Date

Signature of Server

7522 N. OTTAWA AVE
Address of Server
Chgo, IL 60631

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dockets.Justia.com