## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 09CV2572     Assigned/Issued By: DAJ

Judge Name: _____     Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☒ No Fee   ☐ Other _____

☒ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

   *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets     ☐ Other

☐ Writ _____     _____
   *(Type of Writ)*                     *(Type of issuance)*

<u>1</u> Original and <u>0</u> copies on <u>06/12/09</u> as to <u>VODAFONE GROUP SERVICES LTD.</u>
                                    *(Date)*