## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 09CV2572     Assigned/Issued By: DAJ

Judge Name: _____     Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☒ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets          ☐ Other

☒ Writ _____                     _____
*(Type of Writ)*                       _____
                                       *(Type of issuance)*

_1_ Original and _0_ copies on _06/12/09_ as to ANDROID INC
                       *(Date)*

_____

_____

Dockets.Justia.com