

# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**

| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691546 | Date: | 6/15/2009 |
|---|---|---|---|

| | |
|---|---|
| Customer Law Office of martin Murphy | Attorney Martin j Murphy |
| Customer No. 0062242 | Attorney e-mail martym@villageinvestments.com |
| Address | Contact Martin j Murphy |
| 2811 RFD | Contact e-mail martym@villageinvestments.com |
| Long Grove, IL  60047 | Contact Phone 312-933-3200 |
| | Contact Fax 773-338-9913 |
| | Law Firm File Number none |

**Case Information:**

Case Number 09 CV 2572
County
Court United States District Court for the Northern District of Illino
Case Short Title Specht et al vs. Google, Inc. et al

| Documents Received: | No. Docs: 2 | No. Pgs: 80 |
|---|---|---|

Summons in a Civil Case, First Amended Complaint

Party to Serve: Toshiba America, Inc.          Service address: 818 West Seventh Street 2nd Floor

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 29.00 |
| | Check No. | **Total:** 29.00 |

Attached is your Affidavit of Service.  The original will be mailed.  If you have any questions, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

**United States District Court for the Northern District of Illino, State of IL**
(NAME OF COURT)

| Specht et al | VS Google, Inc. et al | 09 CV 2572 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Jimmy Lizama**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _____ **Toshiba America, Inc.** _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons in a Civil Case, First Amended Complaint**

by leaving with **CT Corporation - Margaret Wilson, Person in Charge of Office** At
NAME _____ RELATIONSHIP

☐ Residence _____
ADDRESS _____ CITY / STATE

☒ Business **818 West Seventh Street 2nd Floor Los Angeles, CA** _____
ADDRESS _____ CITY / STATE

On _____ **6/12/2009** _____ AT _____ **12:30 PM** _____
DATE _____ TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY _____ STATE _____ ZIP

**Manner of Service:**

☒ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___18___ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served . Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

_____
SIGNATURE OF PROCESS SERVER

OL# 6691546