# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691541 | Date: | 6/16/2009 |
|---|---|---|---|

| | |
|---|---|
| Customer: Law Office of martin Murphy | Attorney: Martin j Murphy |
| Customer No.: 0062242 | Attorney e-mail: martym@villageinvestments.com |
| Address: 2811 RFD, Long Grove, IL 60047 | Contact: Martin j Murphy |
| | Contact e-mail: martym@villageinvestments.com |
| | Contact Phone: 312-933-3200 |
| | Contact Fax: 773-338-9913 |
| | Law Firm File Number: none |

**Case Information:**

Case Number: 09 CV 2572
County:
Court: United States District Court for the Northern District of Illino
Case Short Title: Specht et al vs. Google, Inc. et al

| Documents Received: | No. Docs: 2 | No. Pgs: 80 |
|---|---|---|

Summons, First Amended Complaint

Party to Serve: Living Image Ltd
Service address: 1962 Kirby Way, San Jose, CA 95124

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 59.00 |
| | Check No. | Total: 59.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

United States District Court for the Northern District of Illino, State of IL
(NAME OF COURT)

| Specht et al | vs Google, Inc. et al | 09 CV 2572 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Wantaregh -_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _____ **Living Image Ltd** _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons, First Amended Complaint__

by leaving with _____ At
                        NAME                              RELATIONSHIP

☒ Residence __1962 Kirby Way   San Jose, CA__
                     ADDRESS                    CITY / STATE

☐ Business _____
                     ADDRESS                    CITY / STATE

On __6/15/2009__ AT __5:00 PM__
        DATE                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                    DATE
from_____
       CITY        STATE        ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served . Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

_____
SIGNATURE OF PROCESS SERVER

**BY FAX**

OL# 6691541