# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691551 | Date: | 6/17/2009 |
|---|---|---|---|

| | |
|---|---|
| Customer: Law Office of Martin Murphy | Attorney: Martin j Murphy |
| Customer No.: 0062242 | Attorney e-mail: martym@villageinvestments.com |
| Address: 2811 RFD, Long Grove, IL 60047 | Contact: Martin j Murphy |
| | Contact e-mail: martym@villageinvestments.com |
| | Contact Phone: 312-933-3200 |
| | Contact Fax: 773-338-9913 |
| | Law Firm File Number: none |

### Case Information:
- Case Number: 09 CV 2572
- County:
- Court: United States District Court for the Northern District of Illino
- Case Short Title: Specht et al vs. Google, Inc. et al

| Documents Received: | No. Docs: 2 | No. Pgs: 80 |
|---|---|---|

Summons, First Amended Complaint

Party to Serve: ASUSTek Computer, Inc Service address: 800 Corporate Way, Fremont, CA 94539

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 59.00 |
| | Check No. | Total: 59.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Martin j Murphy, 6195726<br>Law Office of Martin Murphy<br>2811 RFD<br>Long Grove, IL 60047 | (312) 933-3200 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | none | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Illino

, IL

PLAINTIFF:

Specht et al

DEFENDANT:

Google, Inc. et al

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>09 CV 2572 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, First Amended Complaint

2. Party Served:      ASUSTek Computer, Inc

3. Person Served:      Piere Parass - Person authorized to accept service of process

4. Date & Time of Delivery:      6/17/2009      10:18 AM

5. Address, City and State:      800 Corporate Way<br>Fremont, CA 94539

6. Manner of Service:      Personal Service - By personally delivering copies.

## BY FAX

Fee for Service: $ 59.00

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/17/2009 at Oakland, California.

Signature: *Roderick Thompson*

Roderick Thompson

OL# 6691551