# ONE LEGAL LLC
## CONFIRMATION For Process Serving



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691554 | Date: | 6/17/2009 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Customer | Law Office of Martin Murphy | Attorney | Martin j Murphy |
| Customer No. | 0062242 | Attorney e-mail | martym@villageinvestments.com |
| Address | 2811 RFD | Contact | Martin j Murphy |
| | Long Grove, IL 60047 | Contact e-mail | martym@villageinvestments.com |
| | | Contact Phone | 312-933-3200 |
| | | Contact Fax | 773-338-9913 |
| | | Law Firm File Number | none |

**Case Information:**

Case Number 09 CV 2572
County
Court United States District Court for the Northern District of Illino
Case Short Title Specht et al vs. Google, Inc. et al

**Documents Received:**  No. Docs: 2   No. Pgs: 80

Summons, First Amended Complaint

Party to Serve: Aplix Corporation        Service address: 650 Townsend Street 355
                                         San Francisco, CA 94103

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 59.00 |
| | Declaration of MAILING | 10.00 |
| | Copies | 20.00 |
| | Check No. | Total: 89.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

United States District Court for the Northern District of Illino, State of IL
(NAME OF COURT)

| Specht et al | vs Google, Inc. et al | 09 CV 2572 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I  Chris Beale                , being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served _____Aplix Corporation_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons, First Amended Complaint

by leaving with  Junko Sakai-Admn. Service Mngr., Person in Charge of Office  At
NAME                         RELATIONSHIP

☐ Residence _____
ADDRESS                         CITY / STATE

☒ Business  650 Townsend Street 355 San Francisco, CA
ADDRESS                         CITY / STATE

On_____6/17/2009_____ AT_____1:45 PM_____
DATE                         TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____6/17/2009_____
DATE

from_____Oakland, CA_____
CITY       STATE       ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

*Chris Beale*
SIGNATURE OF PROCESS SERVER

**BY FAX**

OL# 6691554