# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 1756797 | Date: | 6/19/2009 |
|---|---|---|---|

Customer Law Office of Martin Murphy    Attorney   Martin j Murphy
Customer No. 0062242        Attorney e-mail   martym@villageinvestments.com
Address    2811 RFD          Contact   Martin j Murphy
       Long Grove, IL   60047    Contact e-mail   martym@villageinvestments.com
                                 Contact Phone   312-933-3200
                                 Contact Fax   773-338-9913
                   Law Firm File Number   none

**Case Information:**

Case Number 09 CV 2572
County
Court United States District Court for the Northern District of Illino
Case Short Title Erich Specht et al vs. Google, Inc. et al

| Documents Received: | No. Docs: 2 | No. Pgs: 80 |
|---|---|---|

First Amended Complaint, Summons

Party to Serve: Sonic Network, Inc.       Service address: 12602 Hillcreek Drive
                                       Palos Park, IL   60464

## This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 149.00 |
| | | |
| | Check No. | Total: 149.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
Service Center Branch, Ph: 800-938-8815, Fx: 866-611-7988
Thank you for choosing One Legal for your process serving needs.

| | |
|---|---|
| **SPECHT ET AL.**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**GOOGLE ET AL.**<br><br>DEFENDANT(S) | Case No.<br>**09 CV 2575**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 18, 2009**, at **8:38 AM**, I served the above described documents upon **SONIC NETWORK, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **BRIAN HRUSKA / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company**.**

Said service was effected at **12602 HILLCREEK DR, PALOS PARK, IL 60465.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **48**  Hgt: **6'0"**  Wgt: **170**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Robert Harenberg, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 19th day of June, 2009

*[signature]* Joan C. Harenberg

```
OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13
```

NOTARY PUBLIC

**One Legal National Process Service\***
**FILE #: 1756797**

ORIGINAL PROOF OF SERVICE