# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ERICH SPECHT, et al.<br>         v.<br>GOOGLE INC., et al. | Case Number: 09 CV 2572 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ANDROID, INC.; ANDREW RUBIN; NICKOLAS SEARS; RICHARD MINER; CHRISTOPHER WHITE; AUDIENCE, INC. and BROADCOM CORP.

| | |
|---|---|
| **NAME** (Type or print)<br>Jeffrey P. Dunning | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>       s/ Jeffrey P. Dunning | |
| **FIRM**<br>Greenberg Traurig, LLP | |
| **STREET ADDRESS**<br>77 West Wacker Drive, Suite 3100 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6273364 | **TELEPHONE NUMBER**<br>312-456-6612 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |