# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ERICH SPECHT, et al.
  v.
GOOGLE INC., et al.

Case Number: 09 CV 2572

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ANDROID, INC.; ANDREW RUBIN; NICKOLAS SEARS; RICHARD MINER; CHRISTOPHER WHITE; AUDIENCE, INC. and BROADCOM CORP.

| | |
|---|---|
| NAME (Type or print) Herbert H. Finn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Herbert H. Finn | |
| FIRM Greenberg Traurig, LLP | |
| STREET ADDRESS 77 West Wacker Drive, Suite 3100 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6205685 | TELEPHONE NUMBER 312-456-8427 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |