# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, et al., ) | |
| ) | Civil Action No. 09-cv-2572 |
| Plaintiffs, ) | |
| v. ) | Judge Leinenweber |
| ) | |
| GOOGLE, INC., et al., ) | Magistrate Judge Cole |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO: Martin J. Murphy, Attorney at Law
2811 RFD
Long Grove, IL 60047
martym@villageinvestments.com

PLEASE TAKE NOTICE that on Thursday, June 25, 2009, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Leinenweber, or any Judge sitting in his stead, in Courtroom 1941, at 219 South Dearborn Street, Chicago, Illinois and present DEFENDANTS GOOGLE INC.'S, ANDROID, INC.'S, ANDREW RUBIN'S, NICHOLAS SEARS', RICHARD MINER'S AND CHRISTOPHER WHITE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, a copy of which is being served upon you herewith.

Respectively submitted,

Dated: June 22, 2009

/s Herbert H. Finn
Herbert H. Finn (ARDC #6205685)
Richard D. Harris (ARDC #1137913)
Jeffrey P. Dunning (ARDC #6273364)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400

*CHI 58,379,015v1 6-22-09*

COUNSEL FOR GOOGLE INC.,
ANDROID, INC., ANDREW RUBIN,
NICHOLAS SEARS, RICHARD MINER
AND CHRISTOPHER WHITE

## CERTIFICATE OF SERVICE

  I hereby certify that on the date set forth below, I electronically filed the foregoing NOTICE OF MOTION; DEFENDANTS GOOGLE INC.'S, ANDROID, INC.'S, ANDREW RUBIN'S, NICKOLAS SEARS', RICHARD MINER'S AND CHRISTOPHER WHITE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, and MEMORANDUM OF LAW IN SUPPORT OF MOTION BY GOOGLE INC., ANDROID, INC., ANDREW RUBIN, NICKOLAS SEARS, RICHARD MINER AND CHRISTOPHER WHITE TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.


Dated: June 22, 2009              /s Herbert H. Finn