# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, et al., | ) |
| | ) Civil Action No. 09-cv-2572 |
| Plaintiffs, | ) |
| v. | ) Judge Leinenweber |
| | ) |
| GOOGLE, INC., et al., | ) Magistrate Judge Cole |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO: Martin J. Murphy, Attorney at Law
2811 RFD
Long Grove, IL 60047
martym@villageinvestments.com

PLEASE TAKE NOTICE that on Thursday, June 25, 2009, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Leinenweber, or any Judge sitting in his stead, in Courtroom 1941, at 219 South Dearborn Street, Chicago, Illinois and present the UNOPPOSED MOTION TO STAY DEADLINES FOR RESPONSIVE PLEADINGS being filed by Defendants HTC CORPORATION; SAMSUNG ELECTRONICS AMERICA, INC; SYNAPTICS, INC.; QUALCOMM INC.; AKM SEMICONDUCTOR, INC.; ATHEROS COMMUNICATIONS, INC.; ASCENDER CORP.; INTEL CORP.; MARVELL SEMICONDUCTOR, INC.; GARMIN INTERNATIONAL, INC.; AUDIENCE, INC.; and BROADCOM CORP., a copy of which is being served upon you herewith.

|  |  |
|---|---|
|  | Respectively submitted, |
| Dated: June 22, 2009 | /s Herbert H. Finn<br>Herbert H. Finn (ARDC #6205685)<br>Richard D. Harris (ARDC #1137913)<br>Jeffrey P. Dunning (ARDC #6273364)<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>(312) 456-8400<br><br>COUNSEL FOR THE MOVING DEFENDANTS |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, I electronically filed the foregoing NOTICE OF MOTION and STIPULATED MOTION TO STAY DEADLINES FOR RESPONSIVE PLEADINGS with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.


Dated:  June 22, 2009                                                 /s Herbert H. Finn