UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERICH SPECHT, et al., | ) | |
| | ) | Civil Action No. 09-cv-2572 |
| Plaintiffs, | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| GOOGLE, INC., et al., | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

TO:  Martin J. Murphy, Attorney at Law
2811 RFD
Long Grove, IL  60047
martym@villageinvestments.com

PLEASE TAKE NOTICE that on Tuesday, June 30, 2009, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Leinenweber, or any Judge sitting in his stead, in Courtroom 1941, at 219 South Dearborn Street, Chicago, Illinois and present the UNOPPOSED MOTION TO STAY DEADLINES FOR RESPONSIVE PLEADINGS being filed by Defendants HTC CORPORATION; SAMSUNG ELECTRONICS AMERICA, INC; SYNAPTICS, INC.; QUALCOMM INC.; AKM SEMICONDUCTOR, INC.; ATHEROS COMMUNICATIONS, INC.; ASCENDER CORP.; INTEL CORP.; MARVELL SEMICONDUCTOR, INC.; GARMIN INTERNATIONAL, INC.; AUDIENCE, INC.; and BROADCOM CORP., a copy of which was previously filed with the Court on June 22, 2009.

Respectively submitted,

Dated:  June 23, 2009

/s Herbert H. Finn
Herbert H. Finn (ARDC #6205685)

Richard D. Harris (ARDC #1137913)
Jeffrey P. Dunning (ARDC #6273364)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601
(312) 456-8400

COUNSEL FOR THE MOVING
DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date set forth below, I electronically filed the foregoing AMENDED NOTICE OF MOTION with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.


Dated:  June 23, 2009                              /s Herbert H. Finn