# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 1756790 | Date: | 6/23/2009 |
|---|---|---|---|

Customer: Law Office of Martin Murphy
Customer No.: 0062242
Address: 2811 RFD
Long Grove, IL 60047

Attorney: Martin j Murphy
Attorney e-mail: martym@villageinvestments.com
Contact: Martin j Murphy
Contact e-mail: martym@villageinvestments.com
Contact Phone: 312-933-3200
Contact Fax: 773-338-9913
Law Firm File Number: none

**Case Information:**
Case Number: 09 CV 2572
County:
Court: United States District Court for the Northern District of Illino
Case Short Title: Erich Specht et al vs. Google, Inc. et al

**Documents Received:**   No. Docs: 2   No. Pgs: 80
First Amended Complaint, Summons

Party to Serve: Android, Inc.
Service address: 2711 Centerville Road Suite 400

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 79.00 |
| | Check No. | Total: 79.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
Service Center Branch, Ph: 800-938-8815, Fx: 866-611-7988
Thank you for choosing One Legal for your process serving needs.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Martin Murphy, 6195726<br>Law Office of Martin Murphy<br>2811 RFD<br>Long Grove, IL 60047<br>TELEPHONE NO.: (312) 933-3200<br>ATTORNEY FOR (Name): Plaintiff | |
| United States District Court for the Northern District of Illinois<br>Central Division | |

| PLAINTIFF/PETITIONER: Erich Specht et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Google, Inc. et al | 09 CV 2572 |
| PROOF OF SERVICE | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: First Amended Complaint, Summons

3. a. Party served: Android, Inc.

   b. Person Served: CSC - Mary Drummond, Managing Agent - Person authorized to accept service of process

4. Address where the party was served: 2711 Centerville Road Suite 400
   Wilmington, DE 19808

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 6/16/2009       (2) at (time): 4:18 PM

6. Person who served papers

   a. Name:        Daniel Newcomb
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606

   d. The fee for service was: $ 79.00

8. I declare under penalty of perjury tthat the foregoing is true and correct.

Date: 6/19/2009

Daniel Newcomb
(NAME OF PERSON WHO SERVED PAPERS)                                         (SIGNATURE)

PROOF OF SERVICE

OL# 1756790