# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691710 | Date: | 6/22/2009 |
|---|---|---|---|

Customer: Law Office of Martin Murphy
Customer No.: 0062242
Address: 2811 RFD
Long Grove, IL 60047

Attorney: Martin j Murphy
Attorney e-mail: martym@villageinvestments.com
Contact: Martin j Murphy
Contact e-mail: martym@villageinvestments.com
Contact Phone: 312-933-3200
Contact Fax: 773-338-9913
Law Firm File Number: none

**Case Information:**

Case Number: 09 CV 2572
County:
Court: United States District Court for the Northern District of Illino
Case Short Title: Specht et al vs. Google, Inc. et al

**Documents Received:**   No. Docs: 2   No. Pgs: 80

Summons, First Amended Complaint

Party to Serve: Skypop Corporation
Service address: 1280 Villa First Street
Mountain View, CA  94041

**This is a Confirmation Only.  Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 59.00 |
| | Check No. | Total: 59.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Martin j Murphy, 6195726<br>Law Office of Martin Murphy<br>2811 RFD<br>Long Grove, IL 60047 | (312) 933-3200 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | none | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Illino

, IL

**PLAINTIFF:**

Specht et al

**DEFENDANT:**

Google, Inc. et al

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>09 CV 2572 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, First Amended Complaint

2. Party Served:          Skypop Corporation

3. Person Served:         Tom Ziola - Person authorized to accept service of process

4. Date & Time of Delivery:   6/19/2009          4:25 PM

5. Address, City and State:   1280 Villa First Street
                              Mountain View, CA  94041

6. Manner of Service:     Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 59.00

Registered California process server.
County: ALAMEDA
Registration No.: 1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/22/2009 at Oakland, California.

Signature: _Wantaregh_

Wantaregh -

OL# 6691710