# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691552 | Date: | 6/24/2009 |
|---|---|---|---|

Customer: Law Office of Martin Murphy
Customer No.: 0062242
Address: 2811 RFD, Long Grove, IL 60047

Attorney: Martin j Murphy
Attorney e-mail: martym@villageinvestments.com
Contact: Martin j Murphy
Contact e-mail: martym@villageinvestments.com
Contact Phone: 312-933-3200
Contact Fax: 773-338-9913
Law Firm File Number: none

**Case Information:**

Case Number: 09 CV 2572
County:
Court: United States District Court for the Northern District of Illino
Case Short Title: Specht, et al. vs. Google, Inc., et al.

**Documents Received:**   No. Docs: 2   No. Pgs: 80

Summons in a Civil Case, First Amended Complaint

Party to Serve: PacketVideo Corporation
Service address: 10350 Science Ctr Dr  210
San Diego, CA  92121

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| sub served on katie burns on 6/15 at 9:40am, gave to andre to close order sbr 11:14am<br>Service Status: Served | Standard<br>Declaration of Diligence<br>Copies | 59.00<br>10.00<br>20.00 |
| | Check No. | Total: 89.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

United States District Court for the Northern District of Illino, State of IL
(NAME OF COURT)

| Specht, et al. | vs Google, Inc., et al. | 09 CV 2572 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I  Sean Francisco                              , being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served _____PacketVideo Corporation_____
NAME OF PERSON / ENTITY BEING SERVED

**BY FAX**

with (list documents) Summons in a Civil Case, First Amended Complaint

by leaving with  Katie Burns, Person in Charge of Office _____ At
                  NAME                         RELATIONSHIP

☐ Residence _____
              ADDRESS                           CITY / STATE

☒ Business  10350 Science Ctr Dr  210 San Diego, CA
             ADDRESS                            CITY / STATE

On_____6/15/2009_____ AT_____9:40 AM_____
      DATE                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____6/24/2009_____
                                                                                     DATE

from_____Los Angeles, CA_____
     CITY      STATE      ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___18___ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served . Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

_Sean Francisco_
SIGNATURE OF PROCESS SERVER

OL# 6691552

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Martin j Murphy, 6195726<br>Law Office of Martin Murphy<br>2811 RFD<br>Long Grove, IL 60047 | (312) 933-3200 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Illino

, IL

**PLAINTIFF:**

Specht, et al.

**DEFENDANT:**

Google, Inc., et al.

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>09 CV 2572 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 6/24/2009, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons in a Civil Case, First Amended Complaint

BY FAX

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

PacketVideo Corporation
Joel Espelien
10350 Science Ctr Dr, 210
San Diego, CA 92121

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 89.00

Andre Le Comte
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/24/2009 at Los Angeles, California.

Andre Le Comte

OL# 6691552