# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 1756792 | Date: | 6/25/2009 |
|---|---|---|---|

| | |
|---|---|
| Customer: Law Office of Martin Murphy | Attorney: Martin j Murphy |
| Customer No.: 0062242 | Attorney e-mail: martym@villageinvestments.com |
| Address: 2811 RFD, Long Grove, IL 60047 | Contact: Martin j Murphy |
| | Contact e-mail: martym@villageinvestments.com |
| | Contact Phone: 312-933-3200 |
| | Contact Fax: 773-338-9913 |
| | Law Firm File Number: none |

**Case Information:**

| | |
|---|---|
| Case Number | 09 CV 2572 |
| County | |
| Court | United States District Court for the Northern District of Illino |
| Case Short Title | Erich Specht et al vs. Google, Inc. et al |

**Documents Received:**  No. Docs: 7  No. Pgs: 90

First Amended Complaint, Summons, Summons, Summons, Summons, Summons, Summons

Party to Serve: Nuance Communications Inc.    Service address: 84 State Street, Boston, MA 02109

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | | |
| | Check No. | Total: 0.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
Service Center Branch, Ph: 800-938-8815, Fx: 866-611-7988
Thank you for choosing One Legal for your process serving needs.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Martin j Murphy, 6195726<br>Law Office of Martin Murphy<br>2811 RFD<br>Long Grove, IL 60047 | (312) 933-3200 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Illinois
Eastern Division

PLAINTIFF:

Erich Specht et al

DEFENDANT:

Google, Inc. et al

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>09 CV 2572 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
First Amended Complaint, Summons,

2. Party Served:   Nuance Communications Inc.

3. Person Served:   Corporation Service Company, Bernardo Montana - Person authorized to accept service of process

4. Date & Time of Delivery:   6/16/2009   12:00 PM

5. Address, City and State:   84 State Street
Boston, MA 02109

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 149.00

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/22/2009

Ronald Spear
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

Signature: _____
Ronald Spear

OL# 1756792