# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691886 | Date: | 6/25/2009 |
|---|---|---|---|

| | |
|---|---|
| Customer: Law Office of Martin Murphy | Attorney: Martin j Murphy |
| Customer No. 0062242 | Attorney e-mail: martym@villageinvestments.com |
| Address: 2811 RFD | Contact: Martin j Murphy |
| Long Grove, IL 60047 | Contact e-mail: martym@villageinvestments.com |
| | Contact Phone: 312-933-3200 |
| | Contact Fax: 773-338-9913 |
| | Law Firm File Number: none |

**Case Information:**

Case Number: 09 CV 2572
County:
Court: United States District Court for the Northern District of Illino
Case Short Title: Specht, et al vs. Google, Inc., et al

**Documents Received:**    No. Docs: 2    No. Pgs: 80

Summons In A Civil Case; First Amended Complaitn

Party to Serve: LG Electronics, Inc., a Delaware corporation
Service address: 10101 Old Grove Road San Diego, CA 92131

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 59.00 |
| | Declaration of Diligence | 10.00 |
| | Copies | 20.00 |
| | Check No. | Total: 89.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

United States District Court for the Northern District of Illino, State of IL
(NAME OF COURT)

| Specht, et al | vs Google, Inc., et al | 09 CV 2572 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Jonathan Llanes__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served __LG Electronics, Inc., a Delaware corporation__ Authorized Agent - Alan K Tse
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons In A Civil Case; First Amended Complaitn__

by leaving with __Angela Taylor, Person in Charge of Office__ At
NAME / RELATIONSHIP

☐ Residence _____
ADDRESS / CITY / STATE

☒ Business __10101 Old Grove Road  San Diego, CA__
ADDRESS / CITY / STATE

On __6/18/2009__ AT __11:10 AM__
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on __6/25/2009__
DATE

from __Los Angeles, CA__
CITY / STATE / ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served . Please see Service Attempts information below.

**Service Attempts:**

BY FAX

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

SIGNATURE OF PROCESS SERVER

OL# 6691886