# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, et al., | ) |
|            Plaintiffs, | ) Civil Action No. 09-cv-2572 |
| v. | ) Judge Leinenweber |
| GOOGLE, INC., et al., | ) Magistrate Judge Cole |
|            Defendants. | ) |

### WIND RIVER SYSTEMS INC.'S AND TEXAS INSTRUMENTS, INC.'S MOTION TO JOIN THE MOTION TO STAY DEADLINES FOR RESPONSIVE PLEADINGS

Defendants WIND RIVER SYSTEMS, INC. ("Wind River") and TEXAS INSTRUMENTS, INC. ("Texas Instruments"), by and through undersigned counsel, bring this motion to join co-Defendants HTC CORPORATION; SAMSUNG ELECTRONICS AMERICA, INC; SYNAPTICS, INC.; QUALCOMM INC.; AKM SEMICONDUCTOR, INC.; ATHEROS COMMUNICATIONS, INC.; ASCENDER CORP.; INTEL CORP.; MARVELL SEMICONDUCTOR, INC.; GARMIN INTERNATIONAL, INC.; AUDIENCE, INC.; and BROADCOM CORP. in their Motion to Stay Deadlines for Responsive Pleadings (the "Stay Motion," Dkt. No. 74). In support of this motion, Wind River and Texas Instruments state as follows:

1. As explained in the Stay Motion, a Motion to Dismiss is currently pending before this Court. This Court's ruling on the Motion to Dismiss may be dispositive of the issues currently before the Court, and judicial economy may be furthered by a stay of the responsive pleading dates for all Defendants, including Wind River and Texas Instruments.

2. Accordingly, Wind River and Texas Instruments hereby adopt and incorporate by reference, as if fully set forth herein, the arguments set forth in the Stay Motion and hereby join in the Stay Motion and request for relief from the Court.

WHEREFORE, Wind River and Texas Instruments respectfully request that the Court grant them leave to join in the Motion to Stay and enter an order staying the deadlines for all Defendants, other than Google and the Google Affiliates, to answer or otherwise respond to the Plaintiffs' First Amended Complaint, until at least after the Court has ruled on the Motion to Dismiss, if ever.

Respectfully submitted,

Dated: June 26, 2009

/s Herbert H. Finn
Herbert H. Finn (ARDC #6205685)
Richard D. Harris (ARDC #1137913)
Jeffrey P. Dunning (ARDC #6273364)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400

COUNSEL FOR WIND RIVER SYSTEMS, INC. and TEXAS INSTRUMENTS, INC.