## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, et al., ) | |
| ) | Civil Action No. 09-cv-2572 |
| Plaintiffs, ) | |
| v. ) | Judge Leinenweber |
| ) | |
| GOOGLE, INC., et al., ) | Magistrate Judge Cole |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, June 30, 2009, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Leinenweber, or any Judge sitting in his stead, in Courtroom 1941, at 219 South Dearborn Street, Chicago, Illinois and present WIND RIVER SYSTEMS INC.'S AND TEXAS INSTRUMENTS, INC.'S MOTION TO JOIN THE MOTION TO STAY DEADLINES FOR RESPONSIVE PLEADINGS, a copy of which is being served upon you herewith.

Respectfully submitted,

Dated:  June 26, 2009

/s Herbert H. Finn
Herbert H. Finn (ARDC #6205685)
Richard D. Harris (ARDC #1137913)
Jeffrey P. Dunning (ARDC #6273364)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601
(312) 456-8400

COUNSEL FOR WIND RIVER
SYSTEMS, INC. and TEXAS
INSTRUMENTS, INC.

CHI 58,391,099v1 6-26-09

## CERTIFICATE OF SERVICE

     I hereby certify that on the date set forth below, I electronically filed the foregoing NOTICE OF MOTION and WIND RIVER SYSTEMS INC.'S AND TEXAS INSTRUMENTS, INC.'S MOTION TO JOIN THE MOTION TO STAY DEADLINES FOR RESPONSIVE PLEADINGS with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.


Dated: June 26, 2009                                        /s Herbert H. Finn