# ONE LEGAL LLC

## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691698 | **Date:** 6/29/2009 |
|---|---|---|

| | |
|---|---|
| Customer Law Office of Martin Murphy | Attorney Martin j Murphy |
| Customer No. 0062242 | Attorney e-mail martym@villageinvestments.com |
| Address 2811 RFD | Contact Martin j Murphy |
| Long Grove, IL 60047 | Contact e-mail martym@villageinvestments.com |
| | Contact Phone 312-933-3200 |
| | Contact Fax 773-338-9913 |
| | Law Firm File Number none |

**Case Information:**

Case Number 09 CV 2572
County
Court United States District Court for the Northern District of Illino
Case Short Title Specht et al vs. Google, Inc. et al

| Documents Received: | No. Docs: 2 | No. Pgs: 80 |
|---|---|---|

Summons, First Amended Compaint

Party to Serve: Rich Miner          Service address: 1600 Amphitheatre Parkway
                                     Mountain View, CA 94043

## This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Additional Entities | 50.00 |
| | Declaration of *MAILING* | 10.00 |
| | Copies | 20.00 |
| | Check No. | **Total:** 80.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

**United States District Court for the Northern District of Illino, State of IL**

(NAME OF COURT)

| Specht et al | vs | Google, Inc. et al | 09 CV 2572 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Wantaregh -_____, being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served _____ **Rich Miner** _____

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons, First Amended Compaint_____

by leaving with __Suzanne Abbott, Legal Assistant, Person in Charge of Office_____ At

                                  NAME                             RELATIONSHIP

☐ Residence _____

                                  ADDRESS                       CITY / STATE

☒ Business __1600 Amphitheatre Parkway  Mountain View, CA_____

                                  ADDRESS                       CITY / STATE

On_____ **6/19/2009** _____ AT _____ **4:00 PM** _____

               DATE                                 TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____ **6/29/2009**

                                                               DATE

from_____ **Oakland, CA** _____

            CITY                  STATE                ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___18___ and explaining the general nature of the papers.

☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served . Please see Service Attempts information below.

**Service Attempts:**

(I) BUSINESS: Google, Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043

6/17/2009  10:30 AM   at address (1) above. Not available.
6/18/2009  12:00 PM    at address (1) above. Not available.
6/19/2009  4:00 PM    at address (1) above. Other.  Sub-Served to Suzanne Abbott,Legal Assistant

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

_____

SIGNATURE OF PROCESS SERVER

# BY FAX