# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691709 | Date: | 6/29/2009 |
|---|---|---|---|

Customer: Law Office of Martin Murphy
Customer No.: 0062242
Address: 2811 RFD
Long Grove, IL 60047

Attorney: Martin j Murphy
Attorney e-mail: martym@villageinvestments.com
Contact: Martin j Murphy
Contact e-mail: martym@villageinvestments.com
Contact Phone: 312-933-3200
Contact Fax: 773-338-9913
Law Firm File Number: none

**Case Information:**
Case Number: 09 CV 2572
County:
Court: United States District Court for the Northern District of Illino
Case Short Title: Specht et al vs. Google, Inc. et al

**Documents Received:**   No. Docs: 2   No. Pgs: 80

Summons, First Amended Complaint

Party to Serve: Audience Inc.
Service address: 1330 Villa Street
Mountain View, CA 94041

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 59.00 |
|  | Declaration of *MAILING* | 10.00 |
|  | Copies | 20.00 |
|  | Check No. | **Total:** 89.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

United States District Court for the Northern District of Illino, State of IL
(NAME OF COURT)

| Specht et al | vs Google, Inc. et al | 09 CV 2572 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Wantaregh -_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __Audience Inc.__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons, First Amended Complaint__

by leaving with __Maria "Doe",(A,F,25+,5'0,125,BLK,BRN), Person in Charge of Office__ At
　　　　　　　　NAME　　　　　　　　　　　　　　　　　RELATIONSHIP

☐ Residence _____
　　　　　　　ADDRESS　　　　　　　　　　　　CITY / STATE

☐ Business _____
　　　　　　　ADDRESS　　　　　　　　　　　　CITY / STATE

On __6/22/2009__ AT __2:15 PM__
　　DATE　　　　　　　　　　TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on __6/29/2009__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE
from __Oakland, CA__
　　CITY　　STATE　　ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

(1) OTHER: 1330 Villa Street, Mountain View, CA 94041

6/18/2009  5:00 PM  at address (1) above. Not found. Entire facility is Vacant.
6/19/2009  4:30 PM  at address (1) above. Other. Subj is located @ 440 Clyde, Mountain View as of 12/22/08.

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

__Wantaregh__
SIGNATURE OF PROCESS SERVER

# BY FAX

OL# 6691709