# ONE LEGAL LLC
## CONFIRMATION For Process Serving



| ONE LEGAL CONFIRMATION FOR ORDER NO: 6691705 | Date: 6/29/2009 |
|---|---|
| Customer: Law Office of Martin Murphy<br>Customer No.: 0062242<br>Address: 2811 RFD<br>Long Grove, IL 60047 | Attorney: Martin j Murphy<br>Attorney e-mail: martym@villageinvestments.com<br>Contact: Martin j Murphy<br>Contact e-mail: martym@villageinvestments.com<br>Contact Phone: 312-933-3200<br>Contact Fax: 773-338-9913<br>Law Firm File Number: none |

**Case Information:**

Case Number: 09 CV 2572
County:
Court: United States District Court for the Northern District of Illino
Case Short Title: Specht et al vs. Google, Inc. et al

**Documents Received:** No. Docs: 2   No. Pgs: 80

Summons, First Amended Complaint

Party to Serve: Nick Sears         Service address: 1600 Amphitheatre Parkway
                                                   Mountain View, CA 94043

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Additional Entities | 50.00 |
|  | Declaration of *MAILING* | 10.00 |
|  | Copies | 20.00 |
|  | Check No. | Total: 80.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

United States District Court for the Northern District of Illino, State of IL
_____
(NAME OF COURT)

| Specht et al | vs Google, Inc. et al | 09 CV 2572 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Wantaregh -_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _____**Nick Sears**_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons, First Amended Complaint**

by leaving with **Suzanne Abbott, Legal Assistant, Person in Charge of Office**                    At
              NAME                              RELATIONSHIP

☐ Residence _____
              ADDRESS                       CITY / STATE

☒ Business **1600 Amphitheatre Parkway   Mountain View, CA**
              ADDRESS                       CITY / STATE

On      **6/19/2009**            AT      **4:00 PM**
              DATE                         TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on     **6/29/2009**
                                                                                   DATE
from                **Oakland, CA**
       CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served . Please see Service Attempts information below.

**Service Attempts:**

(1) BUSINESS: Google, Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043

6/17/2009  10:30 AM   at address (1) above. Not available.
6/18/2009  12:00 PM   at address (1) above. No answer.
6/19/2009  4:00 PM    at address (1) above. Other.  Sub-Served to Suzanne Abbott, Legal Assistant

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

_____
SIGNATURE OF PROCESS SERVER

# BY FAX

OL# 6691705