# ONE LEGAL LLC
## CONFIRMATION For Process Serving



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691704 | Date: | 6/29/2009 |
|---|---|---|---|

Customer: Law Office of Martin Murphy
Customer No.: 0062242
Address: 2811 RFD
Long Grove, IL 60047

Attorney: Martin j Murphy
Attorney e-mail: martym@villageinvestments.com
Contact: Martin j Murphy
Contact e-mail: martym@villageinvestments.com
Contact Phone: 312-933-3200
Contact Fax: 773-338-9913
Law Firm File Number: none

**Case Information:**

Case Number: 09 CV 2572
County:
Court: United States District Court for the Northern District of Illino
Case Short Title: Specht et al vs. Google, Inc. et al

**Documents Received:**     No. Docs: 2    No. Pgs: 80

Summons, First Amended Complaint

Party to Serve: Andy Rubin
Service address: 1600 Amphitheatre Parkway
Mountain View, CA 94043

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Additional Entities | 50.00 |
| | Declaration of *MAILING* | 10.00 |
| | Copies | 20.00 |
| | Check No. | Total: 80.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

United States District Court for the Northern District of Illino, State of IL
(NAME OF COURT)

| Specht et al | vs Google, Inc. et al | 09 CV 2572 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Wantaregh -_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _____Andy Rubin_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons, First Amended Complaint__

by leaving with __Suzanne Abbott, Legal Assistant, Person in Charge of Office__ At
NAME   RELATIONSHIP

☐ Residence _____
ADDRESS   CITY / STATE

☒ Business __1600 Amphitheatre Parkway   Mountain View, CA__
ADDRESS   CITY / STATE

On __6/19/2009__ AT __4:00 PM__
DATE   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on __6/29/2009__
DATE

from __Oakland, CA__
CITY   STATE   ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

(1) BUSINESS: Google, Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043

6/17/2009  10:30 AM   at address (1) above. Not available.
6/18/2009  12:00 PM   at address (1) above. Not available.
6/19/2009  4:00 PM    at address (1) above. Other. Sub-Served to Suzanne Abbott, Legal Staff

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

__Wantaregh__
SIGNATURE OF PROCESS SERVER

**BY FAX**

OL# 6691704