# ONE LEGAL LLC

## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6691696 | **Date:** | 6/29/2009 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Customer | Law Office of Martin Murphy | Attorney | Martin j Murphy |
| Customer No. | 0062242 | Attorney e-mail | martym@villageinvestments.com |
| Address | 2811 RFD | Contact | Martin j Murphy |
| | Long Grove, IL 60047 | Contact e-mail | martym@villageinvestments.com |
| | | Contact Phone | 312-933-3200 |
| | | Contact Fax | 773-338-9913 |
| | | Law Firm File Number | none |

**Case Information:**

| | |
|---|---|
| Case Number | 09 CV 2572 |
| County | |
| Court | United States District Court for the Northern District of Illino |
| Case Short Title | Specht et al vs. Google, Inc. et al |

| Documents Received: | | No. Docs: 2 | No. Pgs: 80 |
|---|---|---|---|

Summons, First Amended Complaint

Party to Serve: Chris White      Service address: 1600 Amphitheatre Parkway
                                               Mountain View, CA 94043

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 59.00 |
| | Declaration of *MAILING* | 10.00 |
| | Copies | 20.00 |
| | | |
| | Check No. | **Total:** 89.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

United States District Court for the Northern District of Illino, State of IL
(NAME OF COURT)

Specht et al                    vs  Google, Inc. et al                          09 CV 2572
PLAINTIFF/PETITIONER                  DEFENDANT/RESPONDENT                    CASE NUMBER

I   Wantaregh -                                  , being first duly sworn, depose and say:  that I am over the age of 18 years and
not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to
perform said service.

Service: I served _____ **Chris White** _____
                                             NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons, First Amended Complaint**

by leaving with  **Suzanne Abbott, Legal Assistant, Person in Charge of Office**                    At
                        NAME                                     RELATIONSHIP
☐ Residence _____
                        ADDRESS                          CITY / STATE
☒ Business  **1600 Amphitheatre Parkway  Mountain View, CA**
                        ADDRESS                          CITY / STATE
On_____ **6/19/2009** _____AT_____ **4:00 PM** _____
                        DATE                                   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____ **6/29/2009**
                                                                                          DATE
from_____ **Oakland, CA** _____
             CITY              STATE                  ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being
served with a member of the household over the age of ___**18**___ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with
the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been
unable to effect process upon the person/entity being served . Please see Service Attempts information below.

**Service Attempts:**

(1) BUSINESS: Google, Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043

6/17/2009  10:30 AM    at address (1) above. Not available.
6/18/2009  12:00 PM    at address (1) above. Not available.
6/19/2009  4:00 PM     at address (1) above. Other.  Sub-Served to Suzanne Abbott, Legal Assistant

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

_____
SIGNATURE OF PROCESS SERVER

# BY FAX

OL# 6691696