# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 1756793 | Date: | 7/1/2009 |
|---|---|---|---|

Customer Law Office of Martin Murphy     Attorney Martin j Murphy
Customer No. 0062242     Attorney e-mail martym@villageinvestments.com
Address     Contact Martin j Murphy
    2811 RFD     Contact e-mail martym@villageinvestments.com
    Long Grove, IL   60047     Contact Phone 312-933-3200
    Contact Fax 773-338-9913
    Law Firm File Number none

**Case Information:**

Case Number 09 CV 2572
County
Court United States District Court for the Northern District of Illino
Case Short Title Erich Specht et al vs. Google, Inc. et al

| Documents Received: | No. Docs: 7 | No. Pgs: 90 |
|---|---|---|

First Amended Complaint, Summons, Summons, Summons, Summons, Summons, Summons

Party to Serve: T-Mobile International AG     Service address: 3650 131st Ave. SE
Bellevue, WA 98006

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 149.00 |
| | Check No. | |
| | **Total:** | 149.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
Service Center Branch, Ph: 800-938-8815, Fx: 866-611-7988
Thank you for choosing One Legal for your process serving needs.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Martin j Murphy, 6195726<br>Law Office of Martin Murphy<br>2811 RFD<br>Long Grove, IL 60047 | (312) 933-3200 | |

ATTORNEY FOR *(Name)*: Plaintiff

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Illinois
Eastern Division

PLAINTIFF:

Erich Specht et al

DEFENDANT:

Google, Inc. et al

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>09 CV 2572 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

First Amended Complaint, Summons,

2. Party Served: T-Mobile International AG

3. Person Served: Christine Schram, Associate Paralegal - Person authorized to accept service of process

4. Date & Time of Delivery: 6/19/2009          1:05 PM

5. Address, City and State: 3650 131st Ave. SE
Bellevue, WA 98006

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 149.00

I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct and
that this declaration was executed on 6/23/2009

Todd Remmem
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

Signature: _____

Todd Remmem

OL# 1756793