# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Erich Specht, et al.
                        Plaintiff,

v.                                      Case No.: 1:09–cv–02572
                                      Honorable Harry D. Leinenweber

Google Inc, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2009:

      MINUTE entry before the Honorable Harry D. Leinenweber:Unopposed Motion to stay [74] is granted. Wind River's Motion to join [92] is granted. Plaintiffs' responses to Defendants motion to dismiss to be filed by 7/14/2009. Defendants' reply briefs to be filed by 7/21/2009. The Court will rule orally on 8/27/2009 at 09:00 AM. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.