# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 1756794 | Date: | 7/9/2009 |
|---|---|---|---|

| | |
|---|---|
| Customer: Law Office of Martin Murphy | Attorney: Martin j Murphy |
| Customer No.: 0062242 | Attorney e-mail: martym@villageinvestments.com |
| Address: 2811 RFD, Long Grove, IL 60047 | Contact: Martin j Murphy |
| | Contact e-mail: martym@villageinvestments.com |
| | Contact Phone: 312-933-3200 |
| | Contact Fax: 773-338-9913 |
| | Law Firm File Number: none |

**Case Information:**

| | |
|---|---|
| Case Number | 09 CV 2572 |
| County | |
| Court | United States District Court for the Northern District of Illino |
| Case Short Title | Erich Specht et al vs. Google, Inc. et al |

| Documents Received: | No. Docs: 7 | No. Pgs: 90 |
|---|---|---|

First Amended Complaint, Summons, Summons, Summons, Summons, Summons, Summons

Party to Serve: Telefonica SA      Service address: 1111 Brickell Ave. 10th Floor

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 149.00 |
| | Check No. | Total: 149.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
Service Center Branch, Ph: 800-938-8815, Fx: 866-611-7988
Thank you for choosing One Legal for your process serving needs.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Specht et al.

CASE NUMBER: 09 CV 2572

V.

ASSIGNED JUDGE: LEINENWEBER

Google et al.

DESIGNATED
MAGISTRATE JUDGE: COLE

TO: (Name and address of Defendant)

Telefonica SA
c/o Telfonica USA.
1111 Brickell Ave., 10th Floor
Miami, FL 33131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin J. Murphy
2811 RFD
Long Grove, IL 60047

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

June 9, 2009

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/22/2009 at 3:43 p.m. |
| NAME OF SERVER *(PRINT)* CHRISTOPHER MAS | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1111 Brickell Ave., 10th Flr, Miami, FL 33131

By serving Francisca Vasquez - Authorized to Accept Service of Process

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $149.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/30/2009
Date

Signature of Server  CPS #1623

One Legal LLC
504 Redwood Blvd., Ste 223, Novato, CA 94947

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.