# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6693912 | Date: | 7/21/2009 |
|---|---|---|---|

Customer: Law Office of Martin Murphy
Customer No.: 0062242
Address: 2811 RFD, Long Grove, IL 60047

Attorney: Martin j Murphy
Attorney e-mail: martym@villageinvestments.com
Contact: Martin j Murphy
Contact e-mail: martym@villageinvestments.com
Contact Phone: 312-933-3200
Contact Fax: 773-338-9913
Law Firm File Number: none

**Case Information:**
Case Number: 09 CV 2572
County:
Court: United States District Court for the Northern District of Illino
Case Short Title: Specht, et al. vs. Google, Inc., et al.

**Documents Received:**    No. Docs: 2    No. Pgs: 80
Alias Summons in a Civil Case, First Amended Complaint

Party to Serve: CHINA MOBILE COMMUNICATIONS CORPORATION
Service address: 707 WILSHIRE BLVD STE 5388, LOS ANGELES, CA 90017

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Note: 7/14/09 @ 2:45pm - Spoke to Lindan Liu over phone and she informs that no one is present in office. No one will be in office until Monday. I will attempt then. Service Status: Served | Standard<br>Declaration of Diligence<br>Copies | 59.00<br>10.00<br>20.00 |
| | Check No. | Total: 89.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.

# Affidavit of Process Server

United States District Court for the Northern District of Illino, State of IL
(NAME OF COURT)

| Specht, et al. | vs Google, Inc., et al. | 09 CV 2572 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Jimmy Lizama**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served  **CHINA MOBILE COMMUNICATIONS CORPORATION**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Alias Summons in a Civil Case, First Amended Complaint**   BY FAX

by leaving with **Cunzhi Tao, Person in Charge of Office**  At
  NAME                         RELATIONSHIP

☐ Residence _____
                ADDRESS                      CITY / STATE

☒ Business **707 WILSHIRE BLVD STE 5388 LOS ANGELES, CA**
                ADDRESS                      CITY / STATE

On  **7/20/2009**  AT  **3:10 PM**
      DATE                         TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on  **7/21/2009**
                                                                                    DATE
from  **Los Angeles, CA**
  CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served . Please see Service Attempts information below.

**Service Attempts:**

(1) BUSINESS: 707 WILSHIRE BLVD, STE 5388, LOS ANGELES, CA 90017

7/14/2009  2:45 PM   at address (1) above. Not in.. Spoke to Lindan Liu over phone and she informs that no one is present in office

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

SIGNATURE OF PROCESS SERVER

OL# 6693912

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Martin j Murphy, 6195726<br>Law Office of Martin Murphy<br>2811 RFD<br>Long Grove, IL 60047 | (312) 933-3200 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Illinois

, IL

PLAINTIFF:

Specht, et al.

DEFENDANT:

Google, Inc., et al.

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>09 CV 2572 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 7/21/2009, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Alias Summons in a Civil Case, First Amended Complaint

BY FAX

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

CHINA MOBILE COMMUNICATIONS CORPORATION
LIDAN LIU
707 WILSHIRE BLVD, STE 5388
LOS ANGELES, CA 90017

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 89.00

Andre Le Comte
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/21/2009 at Los Angeles, California.

Andre Le Comte

OL# 6693912