Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2572 | **DATE** | 8/3/2009 |
| **CASE TITLE** | Erich Specht, et al vs. Google, Inc., et al | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: This Court grants in part and denies in part Defendants' Motions to Dismiss. Plaintiffs' claims against all Defendants, other than Google, are dismissed without prejudice. The trademark infringement claim (Count I) brought by Plaintiffs' Specht and ADC is dismissed with prejudice for lack of standing. Plaintiffs are granted leave to file a Second Amended Complaint that provides supporting factual information of some specificity as to each individual defendant.

■ [ For further detail see separate order(s).]        Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

09C2572 Erich Specht, et al vs. Google, Inc., et al     Page 1 of 1

Dockets.Justia.com