# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ERICH SPECHT, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | NO. 09 CV 2572 |
| v. | ) | |
| | ) | JUDGE LEINENWEBER |
| GOOGLE INC., et al. | ) | |
| | ) | MAGISTRATE JUDGE COLE |
| Defendants | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 18, 2009**, at **9:30 a,m,** or as soon thereafter as I may be heard , I shall appear before the Honorable Judge Leinenweber or any judge sitting in his stead in **Courtroom 1941** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto**:

**MOTION FOR LEAVE TO TAKE DEPOSITIONS PRIOR TO THE RULE 26 CONFERENCE AND BEFORE FILING PLAINTIFFS' SECOND AMENDED COMPLAINT**

                                                                            RESPECTFULLY SUBMITTED,
Erich Specht, Android Data Corporation, and The Android's Dungeon Incorporated

                                                         By: /s/ Martin J Murphy
                                                                Their Attorney

Martin J Murphy
Attorney for Plaintiffs
2811 RFD
Long Grove, IL 60047
312-933-3200
Fax 773-338-9913
email: martym@villageinvestments.com