# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, et al., ) | |
| ) | Civil Action No. 09-CV-2572 |
| Plaintiffs, ) | |
| v. ) | Judge Harry D. Leinenweber |
| ) | |
| GOOGLE INC., et al., ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GOOGLE INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendant Google Inc. submits this Corporate Disclosure Statement and hereby states that there is no parent corporation of Google, and that no publicly held corporation owns 10% or more of Google's stock.

Dated: August 18, 2009          /s Herbert H. Finn
                                Herbert H. Finn (ARDC #6205685)
                                Richard D. Harris (ARDC #1137913)
                                Jeffrey P. Dunning (ARDC #6273364)
                                GREENBERG TRAURIG, LLP
                                77 West Wacker Drive, Suite 3100
                                Chicago, IL  60601
                                (312) 456-8400

                                COUNSEL FOR GOOGLE INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GOOGLE INC. with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.


Dated:  August 18, 2009                                             /s Herbert H. Finn