IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, an individual, and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED, <br><br> Plaintiffs, <br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Civil Action No. 09-cv-2572 <br><br> Judge Harry D. Leinenweber <br><br> Magistrate Judge Jeffrey Cole |
| GOOGLE INC., <br><br> Counterclaim Plaintiff, <br> v. <br><br> ERICH SPECHT, an individual, and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED, <br><br> Counterclaim Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 3, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber, in the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present Plaintiffs' Motion For Extension Of Time To Respond To Google's Affirmative Defenses And Counterclaims And To Set A Scheduling Conference With The Court.

Specht et al v. Google Inc et al	Doc. 123

Dockets.Justia.com

Respectfully submitted,

ERICH SPECHT, ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED

By: /s/ John F. Shonkwiler
      One of Their Attorneys

P. Andrew Fleming
John F. Shonkwiler
John B. Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
Doc. #309757

Martin Murphy
2811 RFD
Long Grove, IL 60047
(312) 933-3200

## **CERTIFICATE OF SERVICE**

John F. Shonkwiler, an attorney, certifies that he caused copies of the foregoing Notice of Motion to be served by electronically filing the document with the Clerk of Court using the ECF system this 1st day of September, 2009.

                                                    /s/ John F. Shonkwiler