```
 1                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3

 4    ERICH SPECHT, et al.,           )
                                      )
 5              Plaintiffs,           )
                                      )
 6       vs.                          )  No. 09 C 2572
                                      )
 7    GOOGLE, INC., et al.,           )  Chicago, Illinois
                                      )  September 3, 2009
 8              Defendants.           )  9:30 o'clock a.m.

 9

10             TRANSCRIPT OF PROCEEDINGS - MOTION
           BEFORE THE HONORABLE HARRY D. LEINENWEBER
11

12    APPEARANCES:

13

14    For the Plaintiffs:      LAW OFFICE OF MARTIN J. MURPHY
                               MR. MARTIN J. MURPHY
15                             2811 RFD
                               Long Grove, Illinois 60047
16                             847-540-8899

17                             and

18                             NOVACK & MACEY
                               MR. JOHN F. SHONKWILER
19                             100 North Riverside Plaza
                               Chicago, IL 60606
20                             312-419-6900

21

22    For the Defendant,       GREENBERG TRAURIG, LLP
      Google, Inc.:            MR. HERBERT H. FINN
23                             MR. RICHARD D. HARRIS
                               77 West Wacker Drive
24                             Chicago, Illinois 60601
                               312-456-8400
25
```

| | | |
|---|---|---|
| 1 | Court Reporter: | FEDERAL OFFICIAL COURT REPORTER |
| 2 | | MS. KRISTA BURGESON |
| | | 219 South Dearborn Street |
| 3 | | Chicago, Illinois 60604 |
| | | 312-435-5567 |
| 4 | | Krista_Burgeson@ilnd.uscourts.gov |

1    **THE CLERK:** 09 C 2572, Specht versus Google.
2    **MR. MURPHY:** Good morning, your Honor. Martin Murphy
3 on behalf of plaintiffs.
4    **MR. SHONKWILER:** And John Shonkwiler, your Honor, on
5 behalf of plaintiffs.
6    **MR. HARRIS:** Good morning, your Honor. Richard
7 Harris and Herb Finn on behalf of defendant, Google.
8    **MR. FINN:** Good morning, your Honor.
9    **THE COURT:** 28 days to answer or otherwise plead to
10 the affirmative defenses and counterclaims.
11    Any objection?
12    **MR. HARRIS:** If that is a reasonable extension to the
13 Court, that is reasonable to us.
14    **THE COURT:** Fine.
15    Motion granted.
16    **MR. HARRIS:** Your Honor, there are a few other
17 things.
18    I believe part of the motion requested a date certain
19 for a case management conference and scheduling order, and
20 with the 28 days coming in now for the extension, we probably
21 would want to hold that conference and go through with a
22 scheduling order after the answer is resolved.
23    **THE COURT:** That makes sense.
24    **MR. HARRIS:** I assume that is okay with plaintiff.
25    But in the interim, because both sides now want to

1  engage in discovery, would it be possible, your Honor, for us
2  to start going into discovery, even before a case management
3  order, or does the Court want to wait for that?
4          THE COURT:  That is fine with me.
5          MR. SHONKWILER:  Well, your Honor, we are not going
6  to answer the counterclaim -- we may answer some counts, but
7  there are many we won't.  And we will have a motion to
8  dismiss.  I don't know that that will be resolved any time
9  soon.
10          Our preference would be to go ahead and start --
11          THE COURT:  Start discovery, yes.
12          MR. SHONKWILER:  We would love to.
13          MR. MURPHY:  We have started.  I have tendered over
14  4,000 documents to them, issued interrogatories and --
15          THE COURT:  It was Mr. Harris who, as I understand
16  it, is saying there is no reason to wait.
17          MR. HARRIS:  Not any more.
18          THE COURT:  And then after the pleadings are settled,
19  you can come in with the definitive discovery schedule.
20          MR. HARRIS:  That is fine.
21          MR. MURPHY:  That includes depositions as well,
22  because we held off on depositions because there most likely
23  will be an amended complaint.
24          THE COURT:  If you agree to take some depositions
25  now, go ahead and do it.  You apparently will be deposing

1  people.

2  MR. MURPHY:  Because I was in two weeks ago and my
3  motion was denied for leave to take depositions over
4  objection.

5  MR. HARRIS:  Your Honor, I think Mr. Murphy just
6  mentioned, if I caught this right, that he will be going ahead
7  now and filing an amended complaint.

8  MR. MURPHY:  We have got to discuss it.  We are going
9  to be discussing it.

10  MR. HARRIS:  Here is one last concern I have got for
11  the Court then.

12  The Court granted plaintiff leave to file an amended
13  complaint when it dismissed most of the defendants out of this
14  case last month.

15  With that in mind, we noticed that it was open ended,
16  and Mr. Murphy has been saying that he may be bringing in
17  another amended complaint or he may not be.

18  So, if we could put a date certain on the open ended
19  leave.

20  THE COURT:  Were you going to be filing another
21  complaint?

22  MR. SHONKWILER:  That is one of the things we are
23  considering.  We were just hired, so we are playing catchup as
24  fast as we can.

25  THE COURT:  All right.

1     I will give you the same 28 days to file an amended
2 complaint.
3     MR. SHONKWILER:  That is fine.
4     MR. HARRIS:  Okay.
5     MR. SHONKWILER:  We would prefer to have more time,
6 but we want to move this case, too.
7     THE COURT:  28 days to file the amended complaint and
8 28 days to answer the affirmative defenses and the
9 counterclaims.
10     MR. HARRIS:  Thank you.
11     MR. SHONKWILER:  And one last point, your Honor.
12     Is discovery open to all subjects now that are
13 permissible, that are relevant under the Federal Rules, as
14 opposed to a limited sense of preliminary discovery?
15     THE COURT:  It appears to be the case.
16     MR. SHONKWILER:  Okay.
17     THE COURT:  That is fine with me.
18     MR. HARRIS:  And it is with us as well.
19     MR. FINN:  Yes.
20     MR. SHONKWILER:  Thank you.
21     MR. MURPHY:  Thank you.
22     (Proceedings concluded.)
23
24
25

Case 1:09-cv-02572   Document 130   Filed 09/22/09   Page 7 of 7

7

1 **C E R T I F I C A T E**

3      I certify that the foregoing is a correct transcript
4 from the record of proceedings in the above-entitled matter.

6 /s/Krista Burgeson, CSR, RMR, CRR      September 3, 2009
  Federal Official Court Reporter       Date