IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, an individual and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED, | ) ) ) ) |
| Plaintiffs/Counter-Defendants, | ) ) |
| v. | ) Civil Action No. 09-cv-2572 ) |
| GOOGLE INC., | ) Judge Harry D. Leinenweber ) |
| Defendant/Counter-Plaintiff. | ) Magistrate Judge Jeffrey Cole |

## PLAINTIFFS' MOTION
## TO STRIKE AND DISMISS COUNTERCLAIMS

Plaintiffs Erich Specht ("Specht"), Android Data Corporation ("ADC") and The Android's Dungeon Incorporated ("ADI") (collectively, "Plaintiffs"), by and through their attorneys, Novack and Macey LLP and Martin Murphy, respectfully request that this Court strike Count III of Defendant's Counterclaim pursuant to Fed. R. Civ. P. 12(f), and dismiss Counts II and IV through VIII of the Counterclaim pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for this Motion are set forth in Plaintiffs' memorandum of law, filed herewith.

Respectfully submitted,

ERICH SPECHT, an individual and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED

By: /s/ John F. Shonkwiler
One of Their Attorneys

P. Andrew Fleming
John F. Shonkwiler
John B. Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
Doc. #315920

Martin Murphy
2811 RFD
Long Grove, IL 60047
(312) 933-3200

**CERTIFICATE OF SERVICE**

John F. Shonkwiler, an attorney, certifies that he caused copies of the foregoing to be served by electronically filing the document with the Clerk of Court using the ECF system this 6th day of October, 2009.

/s/ John F. Shonkwiler