IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERICH SPECHT, an individual and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| v. | ) ) | Civil Action No. 09-cv-2572 |
| GOOGLE INC., | ) ) ) | Judge Harry D. Leinenweber |
| Defendant/Counter-Plaintiff. | ) | Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on October 13, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber, in the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present Plaintiffs' Motion To Strike And Dismiss Counterclaims.

Respectfully submitted,

ERICH SPECHT, an individual and doing business
as ANDROID DATA CORPORATION, and
THE ANDROID'S DUNGEON INCORPORATED

By: /s/ John F. Shonkwiler
One of Their Attorneys

P. Andrew Fleming
John F. Shonkwiler
John B. Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
Doc. #316242

Martin Murphy  
2811 RFD  
Long Grove, IL 60047  
(312) 933-3200

## CERTIFICATE OF SERVICE

John F. Shonkwiler, an attorney, certifies that he caused copies of the foregoing Notice of Motion to be served by electronically filing the document with the Clerk of Court using the ECF system this 6th day of October, 2009.

/s/ John F. Shonkwiler