# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

The Android's Dungeon Incorporated, et al.

                              Plaintiff,

v.

                          Case No.: 1:09−cv−02572

                          Honorable Harry D. Leinenweber

SiRF Technology Holdings Inc, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2009:

      MINUTE entry before the Honorable Harry D. Leinenweber:Plaintiffs' Motion to strike and dismiss [131] is entered and continued10/27/2009 at 9:00 a.m. Status hearing set for 10/27/2009 at 09:00 AM. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.