# EXHIBIT 2

File Number    6152-730-3



## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services.  I certify that

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR THE ANDROID'S DUNGEON INCORPORATED.



**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this 20TH day of    MAY        A.D.    2009    .

*Jesse White*

SECRETARY OF STATE

Authentication #: 0914001751
Authenticate at: http://www.cyberdriveillinois.com

| Form **BCA-4.15/ 4.20**<br>(Rev. Jan. 1999) | APPLICATION TO ADOPT, CHANGE OR CANCEL, AN ASSUMED CORPORATE NAME | **61527303**<br>File # |
|---|---|---|

| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 782-9520<br>http://www.sos.state.il.us | Filed 6/14/2001 | SUBMIT IN DUPLICATE |
|---|---|---|
| | | This space for use by Secretary of State |
| | | Date   Filed 6/14/2001 |
| Remit payment in check or money order, payable to "Secretary of State". | Jesse White Secretary of State | Filing Fee 130.00 |
| | | Approved:   **CF** |

1.  CORPORATE NAME: THE ANDROID'S DUNGEON INCORPORATED

2.  State or Country of Incorporation: ILLINOIS

    CP0193508

3.  Date incorporated (if an Illinois corporation) or date authorized to transact business in Illinois (if a foreign corporation): ~~XXXXXXXXXXXXXXXX~~ 3-5 ____ 200 1 .
    (Month & Day)   (Year)

    (Complete No. 4 and No. 5 if adopting or changing an assumed corporate name.)

4.  The corporation intends to adopt and to transact business under the assumed corporate name of:

    DEVASTATION WAGON

5.  The right to use the assumed corporate name shall be effective from the date this application is filed by the Secretary of State until ~~XXXXXXXXXXX~~ 8-1  2005 , the first day of the corporation's anniversary
    (Month & Day)   (Year)
    month in the next year which is evenly divisible by five.

    (Complete No. 6 if changing or cancelling an assumed corporate name.)

6.  The corporation intends to cease transacting business under the assumed corporate name of:

7.  The undersigned corporation has caused this statement to be signed by its duly authorized officers, each of whom affirms, under penalties of perjury, that the facts stated herein are true.

    Dated  JUNE  4  , 2001          THE ANDROID'S DUNGEON INCORPORATED
           (Month & Day)   (Year)                  (Exact Name of Corporation)

    attested by _____          by _____
                (Signature of Secretary or Assistant Secretary)          (Signature of President or Vice President)

    ERICH SPECHT, SECRETARY          ERICH SPECHT, PRESIDENT
        (Type or Print Name and Title)              (Type or Print Name and Title)

NOTE:   The filing fee to adopt an assumed corporate name is $20 plus $2.50 for each month or part thereof between the date of filing this application and the date upon which the corporation may renew its use.

The fee for cancelling an assumed corporate name is $5.00.

C-148.11   The fee to change an assumed name is $25.

File Number          6152-730-3



## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services.  I certify that

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 2 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR THE ANDROID'S DUNGEON INCORPORATED.



**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this  20TH

day of     MAY              A.D.     2009     .

*Jesse White*

SECRETARY OF STATE

Authentication #: 0914001747
Authenticate at: http://www.cyberdriveillinois.com

| Form **BCA-4.15/4.20** (Rev. Jan. 2003) | APPLICATION TO ADOPT, CHANGE OR CANCEL, AN ASSUMED CORPORATE NAME | File # *D 6152 - 730 - 3* |
|---|---|---|

| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 782-9520<br>www.cyberdriveillinois.com | **FILED**<br>**JUL 29 2004**<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br><br>This space for use by Secretary of State<br>Date *7-29-2004*<br>Filing Fee *25.00*<br>(See Note Below)<br>Approved: *SR.* |
| Remit payment in check or money order, payable to "Secretary of State". | | |

1. CORPORATE NAME: *THE ANDROID'S DUNGEON  INCORPORATED*

2. State or Country of Incorporation: *ILLINOIS*

3. Date Incorporated *(if an Illinois corporation)* or date authorized to transact bus~~iness (if a foreign~~
   corporation): *3-5* ___ *2001*
   (Month & Day)   (Year)   CP0820474

   *(Complete No. 4 and No. 5 if adopting or changing an assumed corporate name.)*

4. The corporation intends to adopt and to transact business under the assumed corporate name of:
   *WATER WEIGHT MUSIC LTD*

5. The right to use the assumed corporate name shall be effective from the date this application is filed by the
   Secretary of State until *3-1* , *2005* , the first day of the corporation's anniversary
   (Month & Day)   (Year)
   month in the next year which is evenly divisible by five.

   *(Complete No. 6 if changing or cancelling an assumed corporate name.)*

6. The corporation intends to cease transacting business under the assumed corporate name of:
   *DEVASTATION WAGON*

7. The undersigned corporation has caused this statement to be signed by a duly authorized officer who affirms,
   under penalties of perjury, that the facts stated herein are true.

   Dated *JULY 22* , *2004*         *THE ANDROID'S DUNGEON*
         (Month & Day)   (Year)              (Exact Name of Corporation) *INCORPORATED*

   *ERICH SPECHT PRES ✓*
   (And Authorized Officer's Signature)

   *PRESIDENT*
   (Type or Print Name and Title)

NOTE:   The filing fee to adopt an assumed corporate name is $150 if the current year ends with either 0 or 5, $120 if the
        current year ends with either 1 or 6, $90 if the current year ends with either 2 or 7, $60 if the current year ends with
        either 3 or 8, $30 if the current year ends with either 4 or 9.
        The fee for cancelling an assumed corporate name is $5.00.
        The fee to change an assumed name is $25.00.

C-148.15

**PAID**
**AUG 0 3 2004**
DEPARTMENT OF
BUSINESS SERVICES

ASSUMED NAME(S) RENEWAL DELINQUENCY NOTICE



OFFICE OF THE SECRETARY OF STATE

SPRINGFIELD, ILLINOIS 62756
D 6152-730-3
04/08/05

JESSE WHITE
SECRETARY OF STATE

CP0516811

THE ANDROID'S DUNGEON INCORPORATED
ERICH N SPECHT
114 N ASHLAND AVE
PALATINE         IL  60067-0000

IN ACCORDANCE WITH THE BUSINESS CORPORATION ACT OF 1983, EFFECTIVE
JULY 1, 1984,  CORPORATE ASSUMED NAME(S) SHALL BE RENEWABLE FOR
PERIODS OF FIVE YEARS EXPIRING IN YEARS EVENLY DIVISIBLE BY FIVE.
THE FEE IS $150.00 PER ASSUMED NAME FOR THE ENTIRE FIVE YEAR
PERIOD.

LISTED BELOW, PLEASE FIND THE ASSUMED NAME(S) CURRENTLY IN USE BY
THE ABOVE REFERENCED CORPORATION.  IF YOU WISH TO RENEW ANY  OF THE
LISTED ASSUMED NAME(S), SIMPLY CIRCLE THE APPROPRIATE ANSWER AND
SUBMIT WITH THE REQUIRED FEE AND SIGN BELOW.

IF YOU WISH TO APPLY FOR A NEW ASSUMED NAME, CONTACT THIS OFFICE
AND APPROPRIATE FORMS WILL BE PROVIDED.

SIGNATURE ----------------------------                    5/0/05
                                     CORPORATE           DATE
                                     TITLE

REMIT TO  JESSE WHITE, SECRETARY OF STATE
          DEPARTMENT OF BUSINESS SERVICES                PAID
          ROOM 330 HOWLETT BUILDING
          SPRINGFIELD, IL 62756                          MAY 1 8 2005

                                                         DEPARTMENT OF
                                                         BUSINESS SERVICES
   YES      NO    $155.00    WATER WEIGHT MUSIC LTD

                                            FILED
                                            MAY 1 7 2005
                                            JESSE WHITE
                                            SECRETARY OF STATE

File Number        6152-730-3



## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services.  I certify that

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR THE ANDROID'S DUNGEON INCORPORATED.



**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this   20TH

day of      MAY            A.D.      2009      .

*Jesse White*

SECRETARY OF STATE

Authentication #: 0914001857
Authenticate at: http://www.cyberdriveillinois.com

| Form BCA-4.15/4.20 | Application to Adopt, | 6152-730-3 |
|---|---|---|
| (Rev. Jan. 2003) | Change or Cancel an | File #: |
| Secretary of State | Assumed Corporate Name | DO NOT SEND CASH |

**Application to Adopt, Change or Cancel an Assumed Corporate Name**

Form BCA-4.15/4.20
(Rev. Jan. 2003)

Secretary of State
Department of Business Services
Springfield, IL 62756
217-782-9520
www.cyberdriveillinois.com

Remit payment in the form of a check or money order, payable to Secretary of State.

**FILED**

**JUL 0 2 2007**

**JESSE WHITE
SECRETARY OF STATE**

File #: 6152-730-3

DO NOT SEND CASH

This space for use by Secretary of State.

Date: 7/02/07

Filing Fee: $90⁰⁰
(See Note Below)

Approved: _Qw_

1. Corporate Name: THE ANDROID'S DUNGEON INCORPORATED

2. State or Country of Incorporation: ILLINOIS

3. Date Incorporated (if an Illinois corporation) or Date Authorized to Transact Business in Illinois (if a foreign corporation):
   FEBRUARY 1     2001
   Month & Day     Year

   CP0907276

**Complete No. 4 and No. 5 if adopting or changing an assumed corporate name.**

4. Corporation intends to adopt and to transact business under the assumed corporate name of:
   SPECHT REALTY

5. The right to use the assumed corporate name shall be effective from the date this application is filed by the Secretary of State until FEBRUARY 1     2010 , the first day of the corporation's anniversary
   Month & Day     Year
   month in the next year evenly divisible by five.

**Complete No. 6 if changing or cancelling an assumed corporate name.**

6. Corporation intends to cease transacting business under the assumed corporate name of:
   _____
   _____

7. The undersigned corporation has caused this statement to be signed by a duly authorized officer who affirms, under penalties of perjury, that the facts stated herein are true and correct.

   Dated JUNE 26    2007    THE ANDROID'S DUNGEON INCORPORATED
        Month & Day      Year      Exact Name of Corporation

   Any Authorized Officer's Signature

   MEGAN M SPECHT - PRESIDENT
   Name and Title (type or print)

   **P A I D**

   **JUL 1 0 2007**

   **DEPARTMENT OF
   BUSINESS SERVICES**

NOTE: The filing fee to adopt an assumed corporate name is $150 if the current year ends with a 0 or 5; $120 if the current year ends with a 1 or 6; $90 if the current year ends with a 2 or 7; $60 if the current year ends with a 3 or 8; or $30 if the current year ends with a 4 or 9.

The fee for cancelling an assumed corporate name is $5.

The fee to change an assumed name is $25.

Printed by authority of the State of Illinois. June 2006 — 5M — C 148.16