# EXHIBIT 3



TS 7184107

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 19, 2009

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON April 21, 2009.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. Tarver

M. TARVER
Certifying Officer

# TRADEMARK ASSIGNMENT

Electronic Version v1.1    04/21/2009
Stylesheet Version v1.1    900132295

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| ANDROID DATA CORPORATION | | 04/28/2004 | CORPORATION: ILLINOIS |

**RECEIVING PARTY DATA**

| Name: | ANDROID'S DUNGEON INCORPORATED, THE |
|---|---|
| Street Address: | 114 N Ashland Avenue |
| City: | Palatine |
| State/Country: | ILLINOIS |
| Postal Code: | 60074 |
| Entity Type: | CORPORATION: ILLINOIS |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2639556 | ANDROID DATA |

**CORRESPONDENCE DATA**

Fax Number:    (847)255-6887
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:    8478581568
Email:    androiddata@android-data.com
Correspondent Name:    Erich Specht
Address Line 1:    114 N Ashland Avenue
Address Line 4:    Palatine, ILLINOIS  60074

| NAME OF SUBMITTER: | Erich Specht |
|---|---|
| Signature: | /Erich Specht/ |
| Date: | 04/21/2009 |

Total Attachments: 3
source=Assignment#page1.tif

REEL 3974 FRAME 0079

source=Assignment#page2.tif
source=Assignment#page3.tif

REEL 3974 FRAME 0080

## CORPORATE RESOLUTION OF ANDROID DATA CORPORATION

It is hereby resolved this 28th day of April, 2004, that the trademark registered with the US Patent and Trademark Office known as "ANDROID DATA", Registration # 2639556, be assigned to THE ANDROID'S DUNGEON INCORPORATED, and Illinois Corporation.

*[signature]* 4/28/04

Resolved: Erich Specht, President
ANDROID DATA CORPORATION

*[signature]* 4/28/04

Attested: Erich Specht, Secretary
ANDROID DATA CORPORATION

## ASSIGNMENT OF TRADEMARK

For mutual consideration, on this 28th day of April, 2004, the receipt and sufficiency of which is hereby acknowledged, ANDROID DATA CORPORATION hereby assigns the rights, interest, goodwill, privileges, and ownership of the trademark registered with the US Patent and Trademark Office known as "ANDROID DATA", Registration # 2639556, to THE ANDROID'S DUNGEON INCORPORATED.

This agreement is accepted on behalf of both corporations by the undersigned officers:

_____  4/28/04

Agreed and Accepted: Erich Specht, President,
ANDROID DATA CORPORATION

_____  4.28.04

Agreed and Accepted: Megan Specht, President,
ANDROID'S DUNGEON INCORPORATED

## CORPORATE RESOLUTION OF THE ANDROID'S DUNGEON INCORPORATED

It is hereby resolved this 28th day of April, 2004, that the trademark registered with the US Patent and Trademark Office known as "ANDROID DATA", Registration # 2639556, assigned from ANDROID DATA CORPORATION, an Illinois Corporation, be accepted as a registered trademark of THE ANDROID'S DUNGEON INCORPORATED.

_____  4-28-04

Resolved: Megan Specht, President
ANDROID'S DUNGEON INCORPORATED

_____  4/28/04

Attested: Erich Specht, Secretary
ANDROID'S DUNGEON INCORPORATED