# EXHIBIT 4

File Number     6027-788-5



## STATE OF ILLINOIS
### OFFICE OF THE SECRETARY OF STATE

**To all to whom these Presents Shall Come, Greeting:**

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that

THE FOREGOING AND HERETO ATTACHED IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGES, AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR ANDROID DATA CORPORATION. ***************



**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this 13TH day of MAY A.D. 2009

*Jesse White*

SECRETARY OF STATE

Authentication #: 0913300735
Authenticate at: http://www.cyberdriveillinois.com

Apr 23 2009 1:00PM   Village Realty & Investme   (773) 338-9913   p.3

FORM BCA 12.45/13.6 (rev. Dec. 2003)
APPLICATION FOR REINSTATEMENT
DOMESTIC/FOREIGN CORPORATIONS
Business Corporation Act

Jesse White, Secretary of State
Department of Business Services
Springfield, IL 62756
217-782-1837 (foreign)
217-785-5782 or 217-782-5797 (domestic)
www.cyberdriveillinois.com

Remit payment in the form of a cashier's check, certified check, money order, Illinois attorney's check payable to Secretary of State.

See notes on back.

FILED
APR 24 2009
JESSE WHITE
SECRETARY OF STATE

PAID
APR 27 2009
EXPEDITED
SECRETARY OF STATE

File # 60277885     Filing Fee: $200     Approved: _dc_

— — — Submit in duplicate — — — Type or Print clearly in black ink — — — Do not write above this line — — —

1. a. Corporate Name as of date of Issuance of Certificate of Dissolution or Revocation:
   ANDROID DATA CORPORATION

   b. Corporate Name if changed: (See Note 2.)

   c. If a foreign corporation having authority under an assumed corporate name restriction, the Assumed Corporate Name (See Note 3.)

2. State of Incorporation: ILLINOIS

3. Date Certificate of Dissolution or Revocation Issued: 05/01/2004

4. Name and Address of Illinois Registered Agent and the Illinois Registered Office upon reinstatement:
   NOTICE: Completion of Item 4 does not constitute a registered agent or office change. (See Note 4.)

   Registered Agent: ERICH SPECHT
   First Name / Middle Name / Last Name

   Registered Office: 114 N ASHLAND AVENUE
   Number / Street / Suite # (P.O. Box alone is unacceptable)
   PALATINE    IL    60067    COOK
   City / ZIP Code / County

5. This application is accompanied by all delinquent report forms together with the filing fees, franchise taxes, license fee and penalties required. (See Note 1.)

6. The undersigned corporation has caused this application to be signed by a duly authorized officer who affirms, under penalties of perjury, that the facts stated herein are true and correct. (All signatures must be in BLACK INK.)

Dated APRIL 23, 2009    ANDROID DATA CORPORATION
      Month & Day  Year   Exact Name of Corporation

Any Authorized Officer's Signature
ERICH SPECHT, PRESIDENT
Name and Title (type or print)

Printed by authority of the State of Illinois. February 2006 — 25M — C 69.23

RECEIVED TIME APR. 23. 2:16PM