# EXHIBIT 5

File Number 6152-730-3



## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 2 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR THE ANDROID'S DUNGEON INCORPORATED.



**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this 20TH day of MAY A.D. 2009

*Jesse White*

SECRETARY OF STATE

Authentication #: 0914001765
Authenticate at: http://www.cyberdriveillinois.com

| 1) Corporate Name | 2) File Number | 3) State / Country | 4) Inc / Qual Date |
|---|---|---|---|
| THE ANDROID'S DUNGEON INCORPORATED | D 6152-730-3 | Illinois | 03/05/2001 |

5) President Name & Address
ERICH SPECHT 114 N. ASHLAND AVE PALATINE, IL 60067

Secretary Name & Address
ERICH SPECHT 114 N. ASHLAND AVE PALATINE, IL 60067

Officer / Director Name & Address

Officer / Director Name & Address

Officer / Director Name & Address

| 6) Share Information Class | Series | Par Value | Number Authorized | Number Issued as of 12/31/2002 |
|---|---|---|---|---|
| CLASS A. CO |  | .00000 | 100,000,000 | 1,000,000 |

FILED
JUL 29 2004
JESSE WHITE
SECRETARY OF STATE

7) Registered Agent       YEAR 2002
ERICH M SPECHT
114 N ASHLAND AVE
PALATINE IL 60067
Cook County

7a) Changes Agent
Address
City   CP0930570
County

Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

10) Signature / Title      PRESIDENT   7-21-0[?]   Date

| File # D 6152-730-3 | 9) FEIN 36-4437826 | 11) Current Paid-in Capital 12/31/2002 | | | 11a) 1,000 |
|---|---|---|---|---|---|
| 9) Prepared by | | 12) ⁷ A ☒ B ☐ C ☐ | | Use decimals in 12a-d, f & g also in 13 and 15 | 12) FYE (See Note) |
| Address | ROGER EIDE, C.P.A. GREENLEAF CENTER SUITE G 3 S. GREENLEAF ST GURNEE, IL 60031 | 12a) Total Gross Assets | $ | | Franchise Tax & Fees |
| Phone | | 12b) Gross Assets in Illinois | $ | | 12g) Franchise tax 25.00 |
| E-mail Address | | 12c) Total Gross Business | $ | | 13) Penalty / Interest 3.75 |
| 10) ☐ Female ☐ Minority ☐ Both | | 12d) Total Business in Illinois | $ 1000 | | 14) Filing fee 75.00 |
| Annual Report Year 2003 | 03/01/2003 | 12e) Allocation Factor | X 1 | | 15) Total Due (Minimum of $50.00) |
| | | 12f) Illinois Capital | $ 1000 | | 103.75 |

Jesse White Secretary of State
Department of Business Services
501 S 2nd Street
Springfield IL 62756-5510

6152730303100300000010005