```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


  ERICH SPECHT, et al.,              )
                                     )
           Plaintiffs,               )
                                     )
      vs.                            )  No. 09 C 2572
                                     )
  GOOGLE, INC., et al.,              )  Chicago, Illinois
                                     )  October 13, 2009
           Defendants.               )  9:30 o'clock a.m.


            TRANSCRIPT OF PROCEEDINGS - MOTION
        BEFORE THE HONORABLE HARRY D. LEINENWEBER

APPEARANCES:


 For the Plaintiffs:      NOVACK & MACEY
                          MR. JOHN F. SHONKWILER
                          100 North Riverside Plaza
                          Chicago, IL 60606
                          312-419-6900


 For the Defendant,       GREENBERG TRAURIG, LLP
 Google, Inc.:            MR. HERBERT H. FINN
                          77 West Wacker Drive
                          Chicago, Illinois 60601
                          312-456-8400


 Court Reporter:          FEDERAL OFFICIAL COURT REPORTER
                          MS. KRISTA BURGESON
                          219 South Dearborn Street
                          Chicago, Illinois 60604
                          312-435-5567
                          Krista_Burgeson@ilnd.uscourts.gov
```

1         **THE CLERK:**  09 C 2572, Specht versus Google.
2         **MR. SHONKWILER:**  Good morning, your Honor.  John
3  Shonkwiler for the plaintiffs.
4         **MR. FINN:**  Good morning, your Honor.  Herbert Finn on
5  behalf of defendant, Google.
6         **MR. SHONKWILER:**  Your Honor, we are here this morning
7  on the plaintiff's motion to dismiss counterclaims.
8         I have been informed by Mr. Finn that they may be
9  amending their counterclaims, however, as part of their -- the
10 answer, et cetera, that they plan to file to our second
11 amended complaint, which you may recall was filed the same day
12 as our motion to dismiss counterclaims.
13        I will let Mr. Finn address that.
14        **MR. FINN:**  Your Honor, as counsel represented, they
15 filed a second amended complaint about a week ago that will
16 require responsive pleadings.
17        So, we are suggesting that the Court dismiss without
18 prejudice, or plaintiffs withdraw, the motion to dismiss until
19 they see our responsive pleadings with the counterclaims in
20 them.
21        **MR. SHONKWILER:**  Well, your Honor, we would agree
22 that if they amended their counterclaims, our motion would
23 become moot and we would file -- we would ask for 28 days
24 thereafter to file a response.  However, if they don't amend
25 their counterclaims, the motion to dismiss their counterclaims

1  is good, and it should stay on file, and there is no reason to
2  dismiss it.
3          THE COURT:  When are you filing this?
4          MR. FINN:  Whatever the time period allows.  I
5  believe it is the 22nd, 23rd, somewhere in there.  That is the
6  response date to the second amended complaint.
7          MR. SHONKWILER:  That sounds right, October 23rd.
8          THE COURT:  Well, it will save you from redrafting it
9  if they don't make any changes.
10         I will continue your motion, or we will set a status,
11  shortly thereafter.
12         THE CLERK:  October 27th at 9:00.
13         MR. FINN:  At 9:00?
14         THE CLERK:  Yes.
15         THE COURT:  I will continue the motion to dismiss
16  over to that date, and then we will see if it is moot or not
17  moot.
18         MR. FINN:  Very good.
19         Thank you, your Honor.
20         MR. SHONKWILER:  Thank you, your Honor.
21         (Proceedings concluded.)
22
23
24
25

1 **C E R T I F I C A T E**

3    I certify that the foregoing is a correct transcript
4 from the record of proceedings in the above-entitled matter.

6 /s/Krista Burgeson, CSR, RMR, CRR    October 13, 2009
Federal Official Court Reporter     Date