Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2572 | **DATE** | 10/27/2009 |
| **CASE TITLE** | Erich Specht, et al vs. Google Inc. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. Plaintiffs' Motion to Strike and Dismiss Counterclaims is withdrawn as moot. Plaintiffs given to 11/20/2009, to answer or otherwise plead in response to Google Inc's Answer to Second Amended Complaint, Affirmative Defenses and Counterclaims.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP

09C2572 Erich Specht, et al vs. Google Inc. — Page 1 of 1

dockets.Justia.com