MHN

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, an individual, and doing business as ANDROID DATA CORPORATION and THE ANDROID'S DUNGEON INCORPORATED,<br><br>　　　Plaintiffs and Counter-Defendants,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　Defendant and Counter-Plaintiff. | Civil Action No. 09-cv-2572<br><br>Judge Harry D. Leinenweber<br><br>Magistrate Judge Jeffrey Cole |

### AGREED ORDER

Pursuant to an agreement among the parties in the above-captioned action, it is hereby ORDERED that:

Plaintiffs' Motion to Strike and Dismiss Counterclaims [131] is withdrawn as moot. Plaintiffs are granted 28 days, until November 20, 2009, to answer or otherwise plead in response to Google Inc.'s Answer to Second Amended Complaint, Affirmative Defenses and Counterclaims [136].

ENTERED

10/27/09

_____
Honorable Harry D. Leinenweber
United States District Court Judge

Prepared by:
P. Andrew Fleming
John F. Shonkwiler
John B. Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Martin Murphy
2811 RFD
Long Grove, IL 60047
(312) 933-3200
*Counsel for Plaintiffs*