# EXHIBIT 2

## Fassl, Sheri (Secy-Chi-IP/Tech)

---

**From:**   P. Andrew Fleming [andrewf@novackmacey.com]
**Sent:**   Tuesday, November 03, 2009 10:15 AM
**To:**   Finn, Herbert (Shld-Chi-IP/Tech); John Shonkwiler; John B. Haarlow
**Cc:**   Dunning, Jeffrey (Assoc-Chi-IP/Tech); martym@villageinvestments.com; Norma Tendy
**Subject:** RE: Specht/Google - Deposition of Nick Sears

Herb,  Provided that you file your motion for entry of a protective order within the next 14 days, we're happy to agree that Sears' deposition will be maintained as attorney's eyes only pending resolution of the protective order issue. As you know, we do not believe that any protective order is warranted here. And since we have been unable to work out a resolution of the issue, that is our position here. Regarding the deposition, we will try and organize sandwiches for the Sears deposition so that we can keep the lunch break short and wrap up the deposition in time for us to all make flights back to Chicago. Andrew

**P. Andrew Fleming**

andrewf@novackmacey.com

312.419.6900  T
312.419.6928  F



>> click here for our website

Download V-Card >>     Location >>     Bio  >>          100 North Riverside Plaza  •  Chicago, IL 60606-1501

CONFIDENTIAL  The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at 312.419.6900 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

**From:** FinnH@gtlaw.com [mailto:FinnH@gtlaw.com]
**Sent:** Monday, November 02, 2009 6:25 PM
**To:** P. Andrew Fleming; John Shonkwiler; John B. Haarlow
**Cc:** DunningJ@gtlaw.com; martym@villageinvestments.com
**Subject:** Specht/Google - Deposition of Nick Sears

Andrew,

We have no objection to beginning Mr. Sears' deposition a bit early at 8:30 am.  As to a lunch break, not knowing Seattle, a 1/2 hour may be a bit optimistic.

On another note, please confirm that Mr. Sears' deposition testimony will be maintained under the parties' current agreement as attorneys' eyes only pending resolution of the protective order issue.

Herb Finn

**Herbert H. Finn**
Shareholder
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel 312.456.8427 | Fax 312.456.8435
FinnH@gtlaw.com | www.gtlaw.com



ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

---

**From:** P. Andrew Fleming [mailto:andrewf@novackmacey.com]
**Sent:** Monday, November 02, 2009 12:47 PM
**To:** Finn, Herbert (Shld-Chi-IP/Tech); John Shonkwiler; John B. Haarlow
**Cc:** Dunning, Jeffrey (Assoc-Chi-IP/Tech); martym@villageinvestments.com
**Subject:** RE: Specht/Google - Deposition of Nick Sears


We would like to be done by 3.30 . In that regard, can we start the deposition a little earlier, say 8.30am and keep the lunch break to 30 to 45 minutes? Please let me know. Andrew



**P. Andrew Fleming**

andrewf@novackmacey.com

312.419.6900  T
312.419.6928  F

**novack▸macey**
>> click here for our website

Download V-Card >>    Location >>    Bio >>     100 North Riverside Plaza · Chicago, IL 60606-1501

CONFIDENTIAL  The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone at 312.419.6900 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

**From:** FinnH@gtlaw.com [mailto:FinnH@gtlaw.com]
**Sent:** Monday, November 02, 2009 10:07 AM
**To:** John Shonkwiler; P. Andrew Fleming; John B. Haarlow
**Cc:** DunningJ@gtlaw.com
**Subject:** Specht/Google - Deposition of Nick Sears

Gentlemen,

For purposes of travel arrangements, do you have an estimate as to how long Mr. Sears' deposition may go on Friday?

Herb Finn

**Herbert H. Finn**
Shareholder
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel 312.456.8427 | Fax 312.456.8435
FinnH@gtlaw.com | www.gtlaw.com

11/16/2009



ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

11/16/2009