# EXHIBIT 3

## Fassl, Sheri (Secy-Chi-IP/Tech)

**From:** Finn, Herbert (Shld-Chi-IP/Tech)
**Sent:** Thursday, July 30, 2009 7:11 PM
**To:** 'martym@villageinvestments.com'; Dunning, Jeffrey (Assoc-Chi-IP/Tech); Harris, Richard (Shld-Chi-IP)
**Subject:** Specht/Google

Marty,

This to confirm our discussions of earlier today.

During those discussions, you indicated that you would be delivering Plaintiffs' substantive responses to the interrogatories and the documents responsive to the document requests to our offices tomorrow morning. We also discussed and agreed that, while Google does not agree that any of the documents to be produce by Plaintiffs are confidential, to the extent that Plaintiffs believe them to be confidential, we will receive them, at this time, on an attorneys' eyes only basis.

Please advise when tomorrow we may expect you.

Herb Finn
--------------------------
Herbert H. Finn, Esq.
GREENBERG TRAURIG LLP
77 West Wacker Drive
Chicago, Illinois 60601
312/456-8400 (phone)
312/456-8435 (fax)
finnh@gtlaw.com (email)

1