# EXHIBIT 9

## Fassl, Sheri (Secy-Chi-IP/Tech)

**From:** Finn, Herbert (Shld-Chi-IP/Tech)
**Sent:** Wednesday, October 21, 2009 5:00 PM
**To:** 'John Shonkwiler'; 'P. Andrew Fleming'
**Cc:** 'John B. Haarlow'; Dunning, Jeffrey (Assoc-Chi-IP/Tech)
**Subject:** Specht/Google - Protective Order

Counsel,

We still have not received any comments on the draft protective order proposed back on September 18th and again on October 5th. During our call on October 14th, you indicated that you were still reviewing the draft and would be providing comments at the beginning of this week. While we certainly want to work with you on this issue, we do need some involvement from Plaintiffs. Please confirm that we will receive Plaintiffs' comments on and/or approval of the draft Protective Order by the end of this week or we will approach the Court towards entry of the proposed draft.

Herb Finn


Herbert H. Finn
Shareholder
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel 312.456.8427 | Fax 312.456.8435
finnh@gtlaw.com | www.gtlaw.com

**GT GreenbergTraurig**

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS ·
LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX ·
SACRAMENTO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP