# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ERICH SPECHT, an individual and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| v. | ) ) | Civil Action No. 09-cv-2572 |
| GOOGLE INC., | ) ) | Judge Harry D. Leinenweber |
| Defendant/Counter-Plaintiff. | ) ) | Magistrate Judge Jeffrey Cole |

## PLAINTIFFS' MOTION
## TO STRIKE AND DISMISS COUNTERCLAIMS

Plaintiffs Erich Specht, an individual and doing business as Android Data Corporation and The Android's Dungeon Incorporated (collectively, "Plaintiffs"), by and through their attorneys, Novack and Macey LLP and Martin J. Murphy, respectfully request that this Court strike Count V of Defendant's Counterclaim pursuant to Fed. R. Civ. P. 12(f), and dismiss Counts I, II, IV, VI and VII of the Counterclaim pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for this Motion are set forth in Plaintiffs' memorandum of law, filed herewith.

        Respectfully submitted,

        ERICH SPECHT, an individual and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED


        By: /s/ John F. Shonkwiler
                One of Their Attorneys

P. Andrew Fleming
John F. Shonkwiler
John Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
Doc. #324498

Martin J. Murphy
2811 RFD
Long Grove, IL 60047
(312) 933-3200

## CERTIFICATE OF SERVICE

John Haarlow, Jr., an attorney, certifies that he caused copies of the foregoing to be served by electronically filing the document with the Clerk of Court using the ECF system this 20th day of November, 2009.

                                                      /s/ John Haarlow, Jr.