# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERICH SPECHT, et al. | ) | |
| | ) | NO 09 CV 2572 |
| Plaintiffs, | ) | |
| | ) | Judge Leinenweber |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| GOOGLE, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS ANSWER TO
## FIRST SET OF INTERROGATORIES PROPOUNDED BY
## DEFENDANT, GOOGLE, INC.

Plaintiffs by and through Erich Specht, pursuant to Rule 33 of the Federal Rules of Civil

Procedure, hereby responds to the interrogatories as follows:

Plaintiffs incorporate as if set forth fully herein, all general and specific objections

previously raised to these interrogatories and do not, by providing these responses, waive any or

all objections which have or could have been raised and reserve the right to raise any and all

objections and privileges they are entitled to raise.

The following responses and previous objections are based upon Plaintiffs understanding

of the Court's June 4, 2009 order and information now known.  Plaintiffs have not yet completed

discovery or preparation for trial and will supplement the responses and objections to the extent

required by Rule 33.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**
Identify the complete factual basis for Plaintiffs' allegation, in ¶52 of their First Amended

Complaint, that Plaintiff(s) "has/have continuously used Android Data in interstate commerce," including all persons having relevant knowledge.

**RESPONSE:** The Android Data® mark is and has been permanently affixed to each version of the proprietary content management / e-commerce software which has been licensed to clients as well as demonstrated to prospective clients from 1998 through 2009. The mark is affixed to the splash screen that appears once a user has logged in to versions 5 and 6 as well as on the main screen showing the product tree.

The various versions of this software were installed at client locations beginning in 1999 as well as being installed on my development server, which was a Toshiba notebook until it was damaged around 2006. The client version of the software is installed on my current development/demonstration notebook and is often used to present the product to prospective clients.

The mark has also appeared on numerous proposals to clients over the years. It has appeared on every brochure produced since the start of the company - one in 2000 (the version that was used as an exhibit in the trademark application). I created subsequent brochures myself in order to save money. One was created in 2002 to promote the version 5 software, and another was created in 2007. The one in 2002 was provided to customers who inquired from ads I had placed online about the business and were sent one at a time to each inquirer. The brochure I created in 2007 was sent to an updated version of a list that I had developed earlier containing addresses of catalog companies.

The mark has also appeared on proposals from 1998 through 2009.

The mark was used on the video CDs that were sent to prospective buyers during the period of 2002-2004.  The mark also appeared in the online ads placed for this purpose on bizbuysell.com, usbx.com, and the like during this period.

It has also been used on business cards, letterhead, and invoices for both Android Data Corporation and The Android's Dungeon Incorporated.

The mark was used in an application filed by Android Data Corporation with Register of Copyrights on 6/20/2000 for copyrights on "Android Editor", "Android Data Web Editor", and "Android Server."  Requested copyrights were granted with effective dates of registration as June 26, 2000 for all three products.  The mark was used in application for "Android Data® - Version 5" which was applied for in May of 2009 by The Android's Dungeon Incorporated.

The mark appeared on business listings along with contact information on zibb.com, manta, yellowpages.com and the like.

The mark is also used extensively "behind the scenes" within the code of the software itself, with every XML document that is used for the transmission of data from the client applications to a remote host being enclosed within an XML element such as the following:

&lt;AndroidData&gt;&lt;/AndroidData&gt;

The mark and a link to Plaintiffs' AndroidData.com and Android-Data.com web sites appeared on other clients web sites.

Persons with knowledge of the use of this mark include:

Vendors involved in marketing material creation or distribution:

Prisca Tibbetts and other unknown employees who may have come in contact with the

mark, copy, logo, or other materials related to this project.

Brooks Tower
1020 15th Street #38B
Denver, CO 80202

Steve Devonshire and other unknown employees who may have come in contact with
the mark, copy, logo, or other materials related to this project.

Image Systems
4895 Riverbend Road, Suite A
Boulder, CO 80301

Jim Emily, Kevin Delaney and other unknown employees who may have come in
contact with the mark, copy, logo, or other materials related to this project.

Artistry In Printing
1424 Lee Street
Unit B
Des Plaines, IL 60018

Steve, Joe and other unknown employees who may have come in contact with the
mark, copy, logo, or other materials related to this project.

American Quickprint
563 S. Arthur Ave.
Arlington Hts., IL 60005

Current and former clients:

Mark McSweeney, Chief Financial Officer, Erik Martinez, Director of Marketing,
Maria Jong (title unknown), Mike Stopka, President, and other unknown employees
who may have come in contact with the software, invoices, or other marketing
materials.

Design Toscano
1400 Morse Avenue
Elk Grove Village, IL 60007

Mark McSweeney, Chief Financial Officer, Erik Martinez, Director of Marketing,
Maria Jong (title unknown), Mike Stopka, President, and other unknown employees

who may have come in contact with the software, invoices, or other marketing materials.

Basil Street Gallery of London
1400 Morse Avenue
Elk Grove Village, IL 60007

John DeAno, President, Dennis Ignacek, Sales Manager, and other unknown employees who may have come in contact with the software, invoices, or other marketing materials. O/S Services, MagnaMedia Training Solutions, Summit Recruiting (AKA Edge Consulting), Lucent Technology, NCR Customer Education

1835A Rohlwing Road
Arlington Heights, IL 60008

Jennie Wilson and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

GPS Products - Integrated Electronic Systems Sctr.
Motorola
4000 Commercial Avenue
Northbrook, IL 60062-1840

Paul Duchek, Sue Duchek, Megan Specht, and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

Picket Fence Realty
113 S. Arlington Heights Road
Arlington Heights, IL 60005

Jordan May and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

HuTech Resources, LLC
650 East Devon Avenue, Suite 165
Itasca, IL 60143

Jordan May and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

The Physician's Coalition of America
650 East Devon Avenue, Suite 165
Itasca, IL 60143

Steve Salzman and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

SS Syntec / DA Syntec
4426 N. Winchester
Suite 1N
Chicago, IL 60640

Ken Gansmann and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

UniSource Energy
245 W. Roosevelt Road
Building 15, Suite 123
West Chicago, IL 60185

David Finn, Attorney and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

113 S. Arlington Heights Road
Arlington Heights, IL 60005

Jim Emily, Kevin Delaney and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

Artistry In Printing
1424 Lee Street
Unit B
Des Plaines, IL 60018

Michelle Johnson and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

Bonaparte Corporation
1455 S. Michigan Avenue
Chicago, IL 60605

Warren Crum and other unknown employees who may have come in contact with the software, invoices, or other marketing materials.

Northwest Recovery / Northwest Repossession
4000 Industrial Avenue
Rolling Meadows, IL 60008

Respondents to Advertisements:

Alon Altman
1301 W Madison #203
Chicago, IL 60607

Alvaro Albarracin
12543 Brookwood Ct.
Davie, FL 33330

Anil Kapuria
1820 Plainfield Avenue
Watchung, NJ 07069

Ben Childers
108 Arlington Drive
Barrington, IL 60010

Bob Hudgens
2516 Freeland Court
Naperville, IL 60564

Bruce Howard
6410 Oakwood Manor Dr,
Crystal Lake, IL 60012

NS Kocher
CDIL
40425 Chapel Way Suite 201
Fremont, CA 94538

Dan Drechsel
500 Country Club Lane
Glen Ellyn, IL 60137

Dave Maden
1417 E. 56th Street
Chicago, IL 60637

Ed Randolph
503 E. Park Ave
Elmhurst, IL 60126

Greg Brown
Versatile Metals
913 B North Plum Grove Road
Schaumburg, IL 60173

Daniel A. Heuertz
Hirize Ventures
56 W. Wilson
Palatine, IL 60067

Jack Marshak
340 Garretson Road
Ridgewater, NJ 08807

Ken Gay
1007 Deshannon Court
Batavia, IL 60510

Kuanie Huang
KYH International Co.
2721 Miller Road
Geneva, IL 60134

Larry Wu
1 West Beechwood Court
Buffalo Grove, IL 60089

Marc Levin
4 Hibbs Lane
New Hope, PA 18948

Michael King
Quadra Network Corp
34859 High Drive
Abbotsford, BC Canada V2S2X7

Michael Scoby
1050 W Kinzie
Chicago, IL 60622

Mike Mitchell
211 South Main Street
Suite 103

Wauconda, IL 60084

Mitul Patel
9206 Kostner
Skokie, IL 60076

Nubert Boubeka
9047 E. Mayberry Dr.
Tucson, AZ 85730

Oke Okaro
690 Riverside Drive
Suite 5C
New York, NY 10031

Prateek Chhabra
707 St. James Place
Nashua, NH 03062

Ron Reed
317 South Division
Ann Arbor, MI 48104

Sam Cinquegrani
ObjectWave Corporation
333 N. Wacker Drive
Suite 1860
Chicago, IL 60614

Peyton Anderson
SciQuest, Inc.
5151 McCrimmon Parkway
Suite 216
Morrisville, NC 27709

Chuck Rothstein
Securities Acquisition Corporation
40 Avon Lane
Staten Island, New York 10314

Siby Joseph
1503 Ogden Avenue
Suite 400

Downers Grove, IL 60515

Steve Aakhus
19981 See Gull Rd.
Brainerd MN, 56401

Steven Robb
2805 Coleen ct
Rolling Meadows IL 60008

Raymond Stevens
Business Development
TTLC IT Solutions
10 Second Street
Dover, NH 03820

Persons or organizations for whom I prepared proposals attempting to solicit business:

Gregory Panjian, President
DeNunzio Inc
The Masters Collection
40 Scitico Rd
Somers CT 06071

Keith Searls / Gil Chavez
MindWave
425 West Galena Blvd.
Suite 200
Aurora, IL 60506

Erika Judd
Eclectic Junction
1630 N. Damen Avenue
Chicago, IL 60647

Persons or organizations I contacted attempting to solicit business:

Nine West
1245 Forest Parkway
Paulsboro, NJ 08066

Adams Headwear

181 Lynn Drive
Santa Rosa Beach, FL 324594202

Coldwater Creek
One Coldwater Creek Drive
Sandpoint, ID 83864

Corral West Ranchwear
4519 Frontier Mall Dr.
Cheyenne, WY 82009

Desantis Collection
4500 Oak Circle
Suite B-9
Boca Raton, FL 334314212

Delias
435 Hudson Street
New York, NY 10014

Dexter Shoe Company
71 Railroad Avenue
Dexter, ME 04930

Junonia
2950 Lexington Avenue
Eagan, MN 55121

Nordstrom
1617 Sixth Avenue
Seattle, WA 981011742

Title 9 Sports
5743 Horton Street
Emeryville, CA 94608

Urban Outfitters
1809 Walnut Street
Philadelphia, PA 19103

CaseLogic
6303 Dry Creek Parkway
Longmont, CO 80503

Club Mac
2555 W. 190th St.
Torrance, CA 90504

Cyberguys
11345 Sunrise Park Drive
Rancho Cordova, CA 95742

Egghead
1350 Willow Road
Menlo Park, CA 94025

GTSI
83 Gerber Road West
South Windsor, CT 06074

Meglen Micro
3002 Dow Ave. #212
Tustin, CA 92780

Micro Warehouse
1720 Oak St.
Lakewood, NJ 08701

Outpost
23 North Main Street
P.O. Box 636
Kent, CT 06757

Programmer's Paradise
1157 Shrewsbury Avenue
Shrewsbury, NJ 07702

Sound City
45 Indian Lane East
Towaco, NJ 07082

Tredex
12336 Lower Azusa Road
Arcadia, CA 91006

Thortek
2800 West Main Street #A

-12-

League City, TX 775731809

Ethel M. Chocolates
One Sunset Way
Henderson, NV 89014

Hickory Farms
1505 Holland Road
Maumee, OH 43537

Melitta
13925 58th Street North
Clearwater, FL 33760

Republic Of Tea
8 Digital Drive, Suite 100
Novata, CA 94949

Wine Country Gift Baskets
4225 N. Palm Street
Fullerton, CA 928351045

America's Hobby Center
8300 Tonnelle Ave.
North Bergen, NJ 07047

Baseball Express
1051 East Nakoma
San Antonio, TX 78216

Big Toe Sports
5972 Executive Dr.
Suite 200
Madison, WI 53719

Bravanta
818 Brannan St.
San Francisco, CA 94103

Catalog Ventures
222 Mill Road
Chelmsford, MA 01824

Claires Accessories
3 S.W. 129th Ave.
Pembroke Pines, FL 33027

Daniel Smith
4150 1st Ave South
Seattle, WA 98134

Mystical Planet
4439 North Broadway
Suite G
Boulder, CO 80304

Expendol
1930 W. Olive Ave.
Burbank, CA 91506

Fire Mountain Gems
28195 Redwood Hwy
Cave Junction, OR 975239304

Gaiam
360 Interlocken Blvd.
Suite 300
Broomfield, CO 80021

Hammer Schlemmer
147 East 57th Street
New York, NY 10022

Idea Forest
841 Apollo St.
Suite 350
El Segundo, CA 90245

Johnson Smith
4514 19th St. Court East
Brandenton, FL 34203

KB Kids
1099 18th Street
Suite 1000
Denver, CO 80202

-14-

Levenger Company
420 S. Congress Ave
Delray Beach, FL 33445

Life Sketch
6510 Schroeder Rd.
Madison, WI 53711

Master Grip
3410 Century Circle
Irving, TX 75062

Miami Dolphins Pro Shop
P.O. Box 290670
Fort Lauderdale, FL 33329-0670

Miles Kimball Co.
41 West Eigth Ave.
Oshkosh, WI 54901

Model Expo
3850 N. 29th Terrace
Suite 103
Hollywood, FL 33020

My Twinn
3231 S. Platte River Dr.
Englewood, CO 80110

New England Serum
P.O. Box 128
Topsfield, MA 01983

Odimo
14001 NW 4th St.
Sunrise, FL 33325

Old Glory
90 Knothe Rd.
Westbrook, CT 06498

On Campus Marketing
4630 Montgomery Ave.

Suite 600
Bethesda, MD 20814

Outer Banks Outfitters
2010 Main St.
Suite 400
Irvine, CA 92614

Paper Direct
1025 East Woodmen Road
Colorado Springs, CO 80920

Peachtree Business Products
1755 West Oak Pkwy
Marietta, GA 30062

Personal Creations
145 Tower Drive
Burr Ridge, Illinois 60521

Price Point
1442 W. 135th Street
Gardena, CA 90249

QVC
1200 Wilson Dr.
West Chester, PA 19380

Red Envelope
P.O. Box 600040
San Diego, CA 92160-0040

Retail Source
19045 State Hwy 305
PMB 220-183
Poulsbo, WA 98370

Stumps
One Party Place
P.O. Box 305
South Whitley, IN 46787-0305

Taylor Gifts

600 Cedar Hollow Rd.
Paoli, PA 19301

That Pet Place
237 Centerville
Lancaster, PA 17603

Susquehanna Pfaltzgraff Co.
140 E. Market St.
York, PA 17401

The Golf Warehouse
8851 East 34th Street North
Wichita, KS 67226

Turn Off The TV
2711 152nd Ave. NE
Redmond, WA 98052

Western Athletic Ave.
850 Marlborough Ave.
Riverside, CA 92507

A.M. Leonard
241 Fox Drive
Piqua, OH 45356-0816

Ben Meadows
P.O. Box 20200
Canton, GA 30114

Bob Drake
1819 NW Washington BLVD.
Grants Pass, OR 97526

Carlton Industries
P.O. Box 280
La Grange, TX 78945

Country Home Products
Meigs Road
P.O. Box 25
Vergennes, VT 05491

Country Supply
12627 River Road
P.O. Box 400
Ottumwa, IA 52501

Galls Inc.
2680 Palumbo Drive
Lexington, KY 40509

Gemplers
100 Countryside Dr.
P.O. Box 270
Belleville, WI 53508

McFeely's
1620 Wyhe Road
P.O. Box 11169
Lynchburg, VA 245061169

Mustangs Unlimited
185 Adams Street
Manchester, CT 06040

Childcraft
P.O. Box 3239
Lancaster, PA 17604

Northern Safety
P.O. Box 4250
Utica, NY 13504

Pinch-A-Penny
P.O. Box 6025
Clearwater, FL 33758

The Bureau fo At-Risk Youth
135 Dupont Street
P.O. Box 760
Plainview, NY 11803-0760

Classroom Direct
P.O. Box 830677

Birmingham, AL 35283-0677

Coffee Table Books.Com
4920 Carroll Canyon Road
Suite 200
San Diego, CA 92121

Global Video
Global Online
50 N. 3rd Street
Fairfield, IA 52556

Insect Lore
Box 1535
Shafter, CA 93263

Library Video Co.
P.O. Box 580
Wynnewood, PA 19096

Malaco Music Group
P.O. Box 9287
Jackson, MS 39286-9287

American Musical Supply
P.O. Box 152
Spicer, MN 56288

Musician's Friend
P.O. Box 4520
Medford, OR 97501

Pro Sound & Stage Lighting
11070 Valley View St.
Cypress, CA 90630

Shar Products Co.
P.O. Box 1411
Ann Arbor, MI 48106

Tom Snyder Productions
80 Coolidge Hill Road
Watertown, MA 02472

Upstairs Records
140 58th Street
Suite 6W
Brooklyn, NY 11220

World Almanac
15355 Neo Parkway
Cleveland, OH 44128

Indiana Botanic Gardens
3401 West 37th Avenue
Hobart, IN 46342

NVE Pharmaceuticals
33 Newton-Sparta Road
Newton, NJ 07860

Rexall Sundown
6111 Broken Sound Pkwy. N.W.
Boca Raton, FL 33487

Maritz Inc.
1375 North Highway Drive
Fenton, MO 63099

Marketing Concepts
130 Lake Ave.
P.O. Box 152
Spicer, MN 56288

Sure Source
50 Commerce Drive
Trumbull, CT 06611

TCIM Services
1011 Centre Road
Wilmington, DE 19805

USCO Distribution
22 Spencer Street
Naugatuck, CT 06770

Zomax

1640 Berryess Road
Suite E
San Jose, CA 95133

One Step Ahead.com
P.O. Box 517
Lake Bluff, IL 60044

Fahrney's pens
1317 F Street, NW
Washington DC

Jim Brant
418 South Third Street
West Dundee, IL 60118-2808

Randy Scott
My Twinn
3231 S. Platte River Drive
Engelwood, CO 80110-2139

Lashun Dickson
Dickson Enterprise
1430 W. 35th Street
Los Angeles, CA 90018-3929

Liz Wagner
Sona
PO Box 2088
Palm Springs, CA 92263-2088

Joao Dasilda
3520 McKean
St. Louis, MO 63118

Traditions
Hometown Center
Good Hope, CA 92599-4000

White Esther
New England Serum Company
239 Newburyport Tpke
Topsfield, MA 01983

-21-

Investigation Continues.

## INTERROGATORY NO.2.

Identify the complete factual basis for Plaintiffs' allegation, in ¶75 of their First Amended Complaint, that "Plaintiffs have expended considerable resources marketing, advertising and promoting goods under its Android Data mark," including all persons having relevant knowledge.

**RESPONSE:** See the answer to Interrogatory No. 1 and the documents produced.

In 2000, I hired a professional graphic designer, Prisca Tibbetts, to design the original brochure which was used as an exhibit on the trademark application. This brochure was professionally printed, and was distributed to clients and prospective clients during meetings and via direct mailings. Prisca's design services for that brochure cost $730 and the printing of 1500 copies was done by Image Systems for $1,394.00. In addition to the professional design and printing services, I also incurred fees for mailing labels, envelopes, and postage as each mailing was performed.

Additional brochures were designed in-house in 2002 and 2007, which were sent via direct mailings to potential clients or investors/purchasers.

Other professionally printed materials which contained the Android Data mark were several versions of letterhead and envelopes, initially professionally printed and later designed and printed in-house, requiring considerable expense in printers, ink cartridges, paper, postage, and the like.

From 1998-2005, I paid over $90,000 for co-location space and business-class internet service which, in addition to being used to host client sites, was used to host my online marketing materials including offers for purchase and investment opportunities via several variations of the androiddata.com web site. In 2009, a new web domain was launched at android-data.com.

Between 2002 and 2004, online advertisements were purchased on bizbuysell.com and usbx.com seeking investment opportunities.

Persons with relevant knowledge: See the answers to Interrogatory No. 1.

Investigation Continues

## INTERROGATORY NO.3

Identify each and **every product or service that** any of the Plaintiffs have offered for sale, sold, licensed or distributed in association with the ANDROID DATA trademark, at any time, and for each product or service, further identify each and every consummated sale, license or distribution

of such product or service, including:

a) the method and date of the sale, license or distribution;

b) the identity of the person who purchased, licensed or received the product or service;

c) the amount of revenue received by any of the Plaintiffs in association with that sale, license or distribution; and

d) all persons having relevant knowledge of those sales, licenses or distribution.

> **RESPONSE:** The Android Data® mark has been used to promote products and services related to:
>
>> Android Data  proprietary e-commerce software product which was licensed to clients
>>
>> Web site design services
>>
>> Web site hosting services
>>
>> Custom database application development
>>
>> Computer consulting services
>>
>> Also, see the answers to the other Interrogatories, documents produced and the
>
> invoices provided.
>
>> Investigation Continues

## INTERROGATORY NO.4

Identify each and every way in which Plaintiffs have marketed, advertised and/or promoted any goods or services offered for sale, sold, licensed or distributed in association with the ANDROID DATA trademark, including the dates and locations (such as by dissemination through newspapers, magazines, direct mailings, advertising circulars, periodicals, broadcast median, billboards and websites), of such marketing, advertising and/or promotion.

> **RESPONSE:**
>
>> * Brochures:
>
> >> One created in 2000, created by Prisca Tibbetts and printed by Image Systems. 1500 copies were produced, most of which were distributed by direct mail and/or presented directly to clients at meetings.

Date of payment to Prisca Tibbetts 6/28/2000 (after first mailing on 6/20/2000 came back undeliverable).  Paid $730 for design services.

Check sent via Fed Ex (using Mark as sender's name) to:

Prisca Tibbetts
Brooks Tower
1020 15th Street #38B
Denver, CO 80202

Date of payment to Image Systems: 7/8/2000.  Paid $1,394 for 1500 copies of full-color brochures.  Sent via Fed Ex (from Android Data Corporation) to:

Image Systems
4895 Riverbend Road, Suite A
Boulder, CO 80301


* Direct mailings: One approximately 2000, one in 2001 or 2002, and one in 2007.

* Online advertisements: USBX and bizbuysell.com

* Attending Chamber of Commerce and various charity events 1999-2009

* Follow-up on inquiries - online & other - sending promotional materials & proposals, giving presentations.

* Online marketing materials on web site

* Thawte Reseller Program

* Online listing such as Zibb.com, Manta, YellowPages.com, and the like.

See answers to other Interrogatories and documents produced.

Investigation continues.

## INTERROGATORY NO. 5
Identify, by month and year, the total dollar amount of goods and/or services sold, licensed and/or distributed by each respective Plaintiff in association with the ANDROID DATA trademark.

    **RESPONSE**: See the Answers to the other Interrogatories and Documents produced.

including invoices..

Total Sales were in excess of $600,000.

Investigation continues.

## INTERROGATORY NO. 6

Identify the annual gross revenue, net revenue, gross profit and net profit realized by each respective Plaintiff, for each year from 1999 to the present.

**RESPONSE**:  See the Response to Interrogatory No. 5, Documents produced, and the answer to the other Interrogatories.

**Android Data Corporation**

| Year | Gross Revenue Gross Profit | Net Revenue Net Profit |
|------|------|------|
| 1999 | $57,481 $39,547 | $57,481 $2,697 |
| 2000 | $142,548 $112,529 | $142,548 $31,922 |
| 2001 | $197,430 $155,237 | $197,430 $76,939 |
| 2002 | $200,858 $160,386 | $200,858 $41,786 |

**Android's Dungeon Incorporated**

| Year | Gross Revenue Gross Profit | Net Revenue Net Profit |
|------|------|------|
| 2001 | $1,060 ($409) | $1,060 ($409) |
| 2002 | $496 ($1,504) | $496 ($1,504) |
| 2003 | $3,768 | $3,768 |

-25-

|      | $60 | $60 |
|------|-----------|-----------|
|      | $60 | $60 |
| 2004 | $823 | $823 |
|      | ($412) | ($412) |
| 2005 | $66,096 | $66,096 |
|      | $63,138 | $34,029 |
| 2006 | $71,492 | $71,492 |
|      | $56,667 | $39,626 |
| 2007 | $11,550 | $11,550 |
|      | $10,829 | ($15,265) |
| 2008 | $30,583 | $30,583 |
|      | $29,450 | $8,387 |

Investigation continues.

## INTERROGATORY NO. 7

Identify by Plaintiff all domain names utilized by each Plaintiff in connection with the offer for sale, sale, license, distribution and/or promotion of any goods or services in association with the ANDROID DATA trademark, including for each such domain name the period of time during which the respective Plaintiff or 'any person associated with Plaintiff was the registrant of record for that domain name, the dates that products or services in association with the ANDROID DATA trademark were present on the website and all persons having relevant knowledge.

### RESPONSE:

Domian names owned by Plaintiffs which promote Android Data ecommerce

suite, use Android Data ecommerce solution to manage site content, and/or sell music

related products on iTunes:

| androiddata.com | 1999- October, 2005 |
|-----------------|---------------------|
| android-data.com | 2009-Present |
| erichspecht.com | 2003-Present |
| devastationwagon.com | 2002-2006 |
| pushpuppets.net | 2008-Present |

-26-

Domain names of clients and utilized by Plaintiffs to promote Android Data brand, but not owned by them:

| | |
|---|---|
| tiebynight.com | 2000-2002 |
| wendymurphy.com | 2000-Present |
| saztv.com | 2001-Present |
| zibb.com | 2001-Present |
| manta.com | 2001-Present |
| dnb.com | |

Domain names of clients managed by Plaintiffs which utilized AD propietary software solutions

designtoscano.com & variations

basilstreetgallery.com & variations

artistryinprinting.com

Domain names of clients managed by Plaintiffs which utilized custom software solutions

srjobs.com

ihunt4u.com

osservices.com

picketfencerealty.com

picketfencehomes.com

magnamedia.com

ncr-trainus.com

villageinvestments.com

homemachine.com

bonapartecorp.com & variations

thepca.com

hutech.net

buildusa.syntecgroup.com

Domain names of clients managed by Plaintiffs:

atmtutor.com

## INTERROGATORY NO. 8

Identify, by year, all employees, shareholders, officers and/or directors of each Plaintiff from 1998 to date who have knowledge of the use of the ANDROID DATA mark by each Plaintiff.

### RESPONSE:
**Android Data Corporation**
Plaintiff - Erich Specht sole shareholder, officer and director. 1998-Present

Other employee:     Richard Moore January 2002 to August 2002
230 S Highland #1C
Arlington Heights, IL 60005

**Androids Dungeon Incorporated**
Plaintiff - Erich Specht sole shareholder, officer and director with knowledge of the use of ANDROID DATA mark 2001-2009

Megan Specht, Plaintiff's wife, officer and director with very limited knowledge of the use of the ANDROID DATA mark.

## INTERROGATORY NO. 9

Identify, by year, all customers for, vendors of and/or suppliers for any product or service offered, sold, licensed or distributed by each Plaintiff in association with the ANDROID DATA trademark.

RESPONSE: See response to Interrogatory No.'s 1, 4, 7 and 8 and Documents produced.

Investigation continues
## INTERROGATORY NO.10

Identify all persons, including counsel, if any, involved with the preparation and/or filing of the "Declaration of Use of Mark in Commerce under Section 8" for U.S. Trademark Registration No. 2,639,556, which was submitted to the U.S. Patent and Trademark Office by

-28-

ADI on or about April 21, 2009.

Erich Specht, Plaintiff

## INTERROGATORY NO.11

Identify all persons, including counsel, if any, involved with the preparation and/or filing of an "Application for Reinstatement  Domestic/Foreign Corporations" for ADC, which was filed with the Illinois Secretary of State's Office on or about April 24, 2009.

RESPONSE: Erich Specht, Plaintiff
Martin Murphy, Plaintiff's Attorney

Corporation Services Company
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
Fax 217-492-2727

## INTERROGATORY NO.12

Identify all persons expected to testify on behalf of Plaintiffs at trial or otherwise regarding each Plaintiffs' use of the ANDROID DATA trademark and/or the issue of Plaintiffs' alleged abandonment of the ANDROID DATA trademark.

RESPONSE:

Abandonment has not been alleged.  Plaintiffs expects to call Erich Specht, Plaintiff, some of the parties, still to be determined, listed in the above interrogatories, or identified in the documents produced.

Investigation continues.

Erich Specht states under penalty of perjury that he has read the foregoing Interrogatory answers and knows the contents thereof; that said answers were prepared with assistance of counsel; that the responses set forth above, subject to inadvertent or undiscovered errors, are based upon, and, therefore limited by, the records and information still in existence, presently recollected, and thus far discovered in the course of preparation of these answers; that Erich Specht reserves the right to make any changes in the answers if it appears at any time that omissions or errors have been made or that more accurate information is available; that subject to these limitations, the Interrogatory responses are true to the best of his knowledge, information and belief.

Signed

Erich Specht, Plaintiff

Dated: July 29, 2009

Martin J. Murphy
Attorney for Plaintiffs
2811 RFD
Long Grove, IL 60047
(312) 933-3200
martymvillageinvestmens.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this document on the following by personal service on July 31, 2009 at the address listed below:

To:
Herbert H. Finn, Esq.
Greenberg & Traurig, LLP
77 W Wacker Drive #3100
Chicago, IL 60601


Signed this 31st day of July, 2009

By: _____
        Martin Murphy
        Attorney for Plaintiffs
        2811 RFD
        Long Grove, IL 600473
        (312) 933-3200
        email: martym@villageimvestments.com