# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERICH SPECHT, et al., ) | |
| ) | Civil Action No. 09-cv-2572 |
| Plaintiffs, ) | |
| v. ) | Judge Leinenweber |
| ) | |
| GOOGLE, INC., ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  Martin J. Murphy (martym@villageinvestments.com)
2811 RFD
Long Grove, IL  60047

P. Andrew Fleming (andrewf@novackmacey.com)
John F. Shonkwiler (jshonkwiler@novackmacey.com)
John B. Haarlow, Jr. (jhaarlow@novackmacey.com)
NOVACK & MACEY
100 North Riverside Plaza
Chicago, IL  60606

PLEASE TAKE NOTICE that on Thursday, December 3, 2009, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Leinenweber, or any Judge sitting in his stead, in Courtroom 1941, at 219 South Dearborn Street, Chicago, Illinois and present GOOGLE INC.'S MOTION TO COMPEL PLAINTIFFS TO PROVIDE COMPLETE RESPONSES TO INTERROGATORIES AND MEMORANDUM IN SUPPORT THEREOF, a copy of which is being served on you herewith.

|                              | Respectively submitted,                |
|------------------------------|----------------------------------------|
| Dated: November 30, 2009     | /s Herbert H. Finn                     |

Herbert H. Finn (ARDC #6205685)
Richard D. Harris (ARDC #1137913)
Jeffrey P. Dunning (ARDC #6273364)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400

COUNSEL FOR GOOGLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing NOTICE OF MOTION and GOOGLE INC.'S MOTION TO COMPEL PLAINTIFFS TO PROVIDE COMPLETE RESPONSES TO INTERROGATORIES AND MEMORANDUM IN SUPPORT THEREOF with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: November 30, 2009                    /s Herbert H. Finn