# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
### Eastern Division

The Android's Dungeon Incorporated, et al.

                                      Plaintiff,

v.                                                        Case No.: 1:09−cv−02572

                                                            Honorable Harry D. Leinenweber

SiRF Technology Holdings Inc, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2009:

      MINUTE entry before the Honorable Harry D. Leinenweber:Plaintiffs' response to defendant's motion for entry of a protective order to be filed by 12/10/2009. Defendant's reply brief to be filed by 12/17/2009. The Court will rule orally on 1/20/2010 at 9:00 a.m.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.