# EXHIBIT C

# Brand Guidelines

Updated: March 23 2009

## 01/ Android Robot

Can be used, reproduced, and modified freely in marketing communications. Our standard color value for print is PMS 376C. Our online hex color is #A4C639.

When using the Android Robot or any modification of it, proper attribution is required under the terms of the Creative Commons Attribution license. For more details on proper attribution, please see this page.



## 02/ Android Logo

The Android logo may not be used.



## 03/ Android Custom Typeface

The custom typeface may not be used.

## 04/ Android in Official Names

Any name with 'Android' alone may not be used in a name without permission. Any name with 'Droid' alone may not be used in a name.

The word 'Android' may be used only as a descriptor, 'for Android'. If used with your logo, 'for Android' needs to be smaller in size than your logo. First instance of this use should be followed by a TM symbol, 'for Android™'.

If you are not sure you meet these criteria, please contact us.



for Android™

## 05/ Android in Messaging

May be used in text as a descriptor, as long as it is followed by a proper generic term (e.g. "Android™ application"). First instance of this use should be followed by a TM symbol.

Learn more about XYZ's Android™ applications...

**Note:**

**Any usage of #04 or #05 needs to include footer attribution in your communication:**
"Android is a trademark of Google Inc. Use of this trademark is subject to Google Permissions."

The applications and content depicted on this site are not the property of Google and we cannot give approval to use any of the images or content. You must seek the developer for appropriate permission.