## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ERICH SPECHT, an individual and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) | |
| v. | ) ) | Civil Action No. 09-cv-2572 |
| GOOGLE INC., | ) ) | Judge Harry D. Leinenweber |
| Defendant/Counter-Plaintiff. | ) | Magistrate Judge Jeffrey Cole |

### PLAINTIFFS' CROSS MOTION
### FOR ENTRY OF A PROTECTIVE ORDER

Plaintiffs Erich Specht, Android Data Corporation and The Android's Dungeon Incorporated, by and through their attorneys, Novack and Macey LLP and Martin Murphy, respectfully request that this Court enter the proposed Protective Order attached as Exhibit B to Plaintiffs' Response to Google Inc.'s Motion for Entry of a Protective Order (the "Response"). The grounds for this Motion are set forth in the Response.

Respectfully submitted,

ERICH SPECHT, an individual and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED

By:    /s/ John Haarlow, Jr.
       One of Their Attorneys

P. Andrew Fleming
John F. Shonkwiler
John B. Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
Doc. #327319

Martin Murphy
2811 RFD
Long Grove, IL 60047
(312) 933-3200

## **CERTIFICATE OF SERVICE**

John Haarlow, Jr., an attorney, certifies that he caused copies of the foregoing to be served by electronically filing the document with the Clerk of Court using the ECF system this 10th day of December, 2009.

                                                                      /s/ John Haarlow, Jr.