**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ERICH SPECHT, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 09-cv-2572 |
| | ) |
| v. | ) Hon. Harry D. Leinenweber |
| | ) |
| GOOGLE INC., | ) Magistrate Judge Cole |
| | ) |
| Defendant. | ) |

**<u>MOTOROLA, INC.'S MOTION TO QUASH NON-PARTY SUBPOENA</u>**

Motorola, Inc. ("Motorola"), by its attorneys, and pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iv), respectfully moves this Court to quash the subpoena *duces tecum* served upon non-party Motorola by Plaintiffs for the reasons fully set forth in the Memorandum of Law, filed simultaneously herewith.

Date:   December 18, 2009        Respectfully submitted,

                                 MOTOROLA, INC.


                                 By:  /s/   Jonathan M. Cyrluk
                                        One of Its Attorneys

Jonathan M. Cyrluk
  cyrlukj@stetleranduffy.com
Mariah E. Moran
  mmoran@stetleranduffy.com
Henry M. Baskerville
  hbasker@stetleranduffy.com
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, Illinois  60603
Tel.: 312-338-0200
Fax:  312-338-0070