**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERICH SPECHT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 09-cv-2572 |
| | ) | |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| GOOGLE INC., | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on Thursday, January 7, 2010 at 9:00 a.m., or as soon thereafter as we may be heard, undersigned counsel shall appear before the Honorable Harry D. Leinenweber in Courtroom 1941 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the ***Motorola, Inc.'s Motion to Quash Non-Party Subpoena*** and ***Memorandum in Support Thereof***, copies of which are attached hereto and served upon the attached service list.

**CERTIFICATE OF SERVICE**

I, Jonathan M. Cyrluk, an attorney, certify that I caused copies of the foregoing ***Notice of Motion*** and ***Motorola, Inc.'s Motion to Quash Non-Party Subpoena*** and ***Memorandum in Support Thereof*** to be served via the Court's CM/ECF system this 18th day of December, 2009.

/s/   Jonathan M. Cyrluk
Jonathan M. Cyrluk

Jonathan M. Cyrluk
Mariah E. Moran
Henry M. Baskerville
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
312.338.0200

## Service List
Case No. 09-cv-2572

| | |
|---|---|
| Richard Daniel Harris<br>Herbert H. Finn<br>Jeffrey P. Dunning<br>Greenberg Traurig, LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601<br>harrisr@gtlaw.com<br>finnh@gtlaw.com<br>dunningj@gtlaw.com | Patrick A. Fleming<br>John F. Shonkwiler<br>John B. Haarlow, Jr.<br>Novack & Macey, LLP<br>100 North Riverside Plaza<br>Chicago, IL 60606<br>andrewf@novackandmacey.com<br>jfs@novackandmacey.com<br>jhaarlow@novackandmacey.com |
| | Martin Joseph Murphy<br>Martin J. Murphy Attorney at Law<br>2811 RFD<br>Long Grove, IL 60047<br>martym@villageinvestments.com |