# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2572 | **DATE** | 2/17/2010 |
| **CASE TITLE** | Erich Specht, et al vs. Google Inc. | | |

**DOCKET ENTRY TEXT**

For reasons stated in open court, Specht's Motion to Strike or Dismiss certain of Googles counterclaims is Denied. For the reasons stated in open court, Google's Motion for Protective order is Granted in full. As Google concedes, the designating party shall bear the burden of jusitfying the confidential treatment of any disputed materials. Parties to submit a joint discovery plan. Status hearing set for 2/24/2010 at 9:00 a.m.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:03



Courtroom Deputy Initials: WAP

09C2572 Erich Specht, et al vs. Google Inc.    Page 1 of 1

Dockets.Justia.com