# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ERICH SPECHT, an individual and doing business as ANDROID DATA CORPORATION, and THE ANDROID'S DUNGEON INCORPORATED, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| v. | ) | Civil Action No. 09-cv-2572 |
| | ) | |
| GOOGLE INC., | ) | Judge Harry D. Leinenweber |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 24, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber, in the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present Plaintiffs' Motion to Compel.

    Respectfully submitted,

    ERICH SPECHT, an individual and doing business
    as ANDROID DATA CORPORATION, and
    THE ANDROID'S DUNGEON INCORPORATED

    By:   /s/ John Haarlow, Jr.
          One of Their Attorneys

P. Andrew Fleming
John F. Shonkwiler
John Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
Doc. #339865

Martin J. Murphy
2811 RFD
Long Grove, IL 60047
(312) 933-3200

## **CERTIFICATE OF SERVICE**

     John Haarlow, Jr., an attorney, certifies that he caused copies of the foregoing Notice of Motion to be served by electronically filing the document with the Clerk of Court using the ECF system this 22nd day of February, 2010.

                                                     /s/ John Haarlow, Jr.