# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

The Android's Dungeon Incorporated, et al.

                                              Plaintiff,

v.                                                                 Case No.: 1:09−cv−02572

                                                               Honorable Harry D. Leinenweber

SiRF Technology Holdings Inc, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 23, 2010:

      MINUTE entry before Honorable Harry D. Leinenweber:For the reasons stated in open court, Motorola's Motion to quash [154] is granted in part and denied in part. Motorola is ordered to respond to Plaintiffs' request 12 through 15. Plaintiffs' Motion to strike or in the alternative, to file sur−reply[170] is denied as moot. Defendant's response to Plaintiffs' Motion to Compel [172] to be filed by 3/9/2010. Plaintiffs' reply brief due due by 3/16/2010. The Court will rule orally on 4/14/2010 at 09:00 AM. Oral discovery to close 7/30/2010. Parties to file amended pleadings by 7/15/2010. Dispositive motions due by 7/30/2010. Status hearing stricken.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.