Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2572 | **DATE** | 12/17/2010 |
| **CASE TITLE** | Erich Specht, et al vs. Google, Inc. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Defendant Google's Motion for Summary Judgment is granted for Counts I-V of Plaintiffs' Second Amended Complaint, and for Counts I and III of Google's Counterclaim. Status hearing set for 1/11/2011 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|