# United States District Court
## Northern District of Illinois
Eastern Division

Erich Specht, et al  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 09 C 2572

Google Inc., et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Google's oral motion to dismiss without prejudice Counts II, IV, V, VI, VII of the counterclaim is granted. The Court having previously granted Google's Motion for Summary Judgment on Counts I-V of Plaintiffs' Second Amended Complaint, and Counts I and III of Google's counterclaim, judgment is hereby final for the purposes of appeal.

Michael W. Dobbins, Clerk of Court

Date: 2/24/2011  _____

/s/ Wanda A. Parker, Deputy Clerk